IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date: May 10, 2012 |
| | ) | Time: 10:30 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on **May 10, 2012 10:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **DEBTOR'S MOTION FOR EXTENSION OF THE TERMINATION DATE AND MODIFICATION OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL, (B) INCUR POSTPETITION DEBT, AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK,** at which time and place you may appear as you see fit.

TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
    One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin  (06180517)
Kevin H. Morse  (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100 - Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the attached Notice of Motion and Motion to be served on the parties listed on the attached service list by facsimile, overnight mail or by the Court's ECF system on May 7, 2012.

/s/ David A. Golin

## SERVICE LIST

*Via ECF*:

Richard A Bixter
Creditor – Barton Malow Company
richard.bixter@hklaw.com

William J. Bryan
Creditor – Standard Bank And Trust Company
wjblaw@sbcglobal.net

Daniel E Budorick
Creditor – Turner Construction Company, Inc.
dbudorick@pecklaw.com
lbarker@pecklaw.com
acustardo@pecklaw.com

Barry A Chatz
Debtor – TRAINOR GLASS COMPANY
bachatz@arnstein.com

Rosanne Ciambrone
Creditor – Clune Construction Company
rciambrone@duanemorris.com
jkahane@duanemorris.com

Amy E Daleo
Creditor – Steadfast Insurance Company
adaleo@cohonraizes.com

Jason J DeJonker
Creditor – Forrester Construction Company
jdejonker@seyfarth.com

Shelly A. DeRousse
Creditor – United Central Bank
sderousse@stahlcowen.com
cgarcia@stahlcowen.com

John S. Delnero
Creditor – White Construction Company
john.delnero@klgates.com
Chicago.docket@klgates.com

darlene.mroz@klgates.com

Patrick G Donnelly
Creditor – Bond Safeguard Insurance Co.
pdonnelly@dlhlawoffices.com

Michael J Dudek
Creditor – Ace Insurance Company
mdudek@leoweber.com

Earle Erman
Creditor – Glaziers, Architectural Metal and Glassworkers Local Union No. 357
eerman@ermanteicher.com
druhlandt@ermanteicher.com

Michael L. Gesas
Debtor – TRAINOR GLASS COMPANY
mlgesas@arnstein.com
blsutton@arnstein.com
lcsolomon@arnstein.com
jbmedziak@arnstein.com

Steven A Ginther
Creditor – Missouri Department of Revenue
ndilecf@dor.mo.gov

David A. Golin
Debtor – TRAINOR GLASS COMPANY
dagolin@arnstein.com,
mgonzalez@arnstein.com

Geoffrey S. Goodman
Creditor – First Midwest Bank
ggoodman@foley.com
egreen@foley.com
khall@foley.com

Karen R Goodman
Creditor – Waste Management Of Illinois Inc
kgoodman@shefskylaw.com

sfdocket@shefskylaw.com

Aaron L Hammer
Committee of Unsecured Creditors
for Trainor Glass Company
ahammer@sugarfgh.com
mbrandess@sugarfgh.com
joconnor@sugarfgh.com
mmelickian@sugarfgh.com
ccoleman@sugarfgh.com

Carl N Kunz III
Creditor – DCT Pecos LLC
ckunz@morrisjames.com
wweller@morrisjames.com
jdawson@morrisjames.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas S. Leo
Creditor – Ace Insurance Company
sleo@leoweber.com
mwargo@leoweber.com

Marc S Lipinski
Creditor – Bond Safeguard Insurance Co.
mlipinski@dlhlawoffices.com

John A Lipinsky
Creditor – Enterprise FM Trust
jlipinsky@comananderson.com
khaskell@comananderson.com
kdavis@comananderson.com

Frank Marco
Creditor – Iron Workers Local Union No. 63
fmarco@gregoriolaw.com
nforbes@gregoriolaw.com

Kevin H Morse
Debtor – TRAINOR GLASS COMPANY
khmorse@arnstein.com

Michelle G Novick
Debtor – TRAINOR GLASS COMPANY
mgnovick@arnstein.com
lcsolomon@arnstein.com

Sven T Nylen
Creditor – White Construction Company
sven.nylen@klgates.com
teresa.gomez@klgates.com

Lars A Peterson
Creditor – First Midwest Bank
lapeterson@foley.com
khall@foley.com

Cornelius F Riordan
Creditor – Fidelity And Deposit Company
Of Maryland
criordan@rmp-llc.com

Miriam R. Stein
Debtor – TRAINOR GLASS COMPANY
mrstein@arnstein.com
jbmedziak@arnstein.com

Kathy Wantuch
Plaintiff – KATHERINE MCNEEL
kwantuch@hiltzlaw.com
jhiltz@hiltzlaw.com

*Via Facsimile*

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604
Fax: 312-566-2826

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
Fax: 215-922-3524
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
200 W. Randolph Street
Chicago, IL 60101
Fax: 312-814-3589

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
Fax: 267-941-1015

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Fax: 478-405-4043

Tennessee Dept. of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
Fax: 615-741-3334

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Fax: 612-642-8367
*(Counsel for Viracon, Inc.)*

Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201
Fax: 469-221-5002
*(Counsel for Dallas County and Kaufman County)*

*Via Overnight Mail*

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
302 Highway 251 South
Olney, TX 76374

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway, Suite 560
Plano, TX 75093

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date:  May 10, 2012 |
| | ) | Time:  10:30 a.m. |

**DEBTOR'S MOTION FOR EXTENSION OF THE
TERMINATION DATE AND MODIFICATION OF THE FINAL ORDER
AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR
POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND
PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or the "Debtor"), by its attorneys, hereby seeks the entry of an order extending the Termination Date and for modification of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"), and in support, respectfully states as follows:

### Jurisdiction and Venue

1.  The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  The bases for the relief requested herein are sections 105, 361, 362, 363 and 364 of the Bankruptcy Code, Rules 2002, 4001 and 9014 of the Bankruptcy Rules and Rule 4001-2 of the Local Rules.

1

**Cash Collateral/DIP Financing Orders**

4. On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of title 11, United States Court (the "Bankruptcy Code"). Trainor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. On March 27, 2012, an Official Committee of Unsecured Creditors (the "Committee") was appointed in this case by the U.S. Trustee.

5. On March 15, 2012, this Court held a preliminary hearing on the Debtor's Motion for Entry of Interim Order, And After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "Cash Collateral/DIP Financing Motion").

6. On March 23, 2012, this Court entered an Order Authorizing Debtor's Motion For Entry of Interim Order and, After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief To First Midwest Bank (the "Interim Cash Collateral/DIP Financing Order").

7. After further notice and a hearing on April 10, 2012, this Court entered the Final Cash Collateral / DIP Financing Order. A continued hearing on the Cash Collateral/DIP Financing Motion is scheduled for May 10, 2012 at 10:30 a.m.

8. The Final Cash Collateral/DIP Financing Order provides for Trainor's use of cash collateral and DIP financing pursuant to a Budget which runs from the week ended March 16, 2012 through the week ending May 11, 2012.

2

9. Under the Final Cash Collateral/DIP Financing Order, the Termination Date is defined as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for any Committee of the occurrence and continuance of an Event of Default; and (b) May 15, 2012, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond May 15, 2012.

10. Additionally, the Budget is defined in the Final Cash Collateral / DIP Financing Order as:

> The budget attached to this Order as <u>Exhibit B</u>, as amended, modified or supplemented from time to time, as may be agreed to by the Postpetition Lender and the Committee.

**Amended / Supplemental Budget, Extension of Termination Date<br>and Modification of Final Cash Collateral/DIP Financing Order**

11. First Midwest Bank, in its capacity as Postpetition Lender (the "<u>Postpetition Lender</u>"), has agreed to an amended and supplemental budget (the "<u>Amended and Supplemental Budget</u>") which runs from the week ended April 20, 2012 through the week ending June 1, 2012. A copy of the Amended and Supplemental Budget is attached hereto as <u>Exhibit A</u>.

12. Pursuant to the terms of the Final Cash Collateral / DIP Financing Order, the Amended and Supplemental Budget shall be incorporated as part of the Budget.

13. As a result of the agreement to extend the term of the Budget, the Postpetition Lender and the Debtor have agreed that the definition of Termination Date should be amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) June 6, 2012, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond June 6, 2012.

14. Additionally, the Postpetition Lender and the Debtor have agreed that the following sentence in Section 6(a) of the Final Cash Collateral/DIP Financing Order should be deleted: "Further, the Postpetition Lender shall have the right to reserve against the Maximum DIP Amount an amount equal to the sum of the aggregate amount of unpaid fees and expenses set forth in the Budget for the Carveout Professionals."

WHEREFORE, the Debtor prays for the entry of an order extending the Termination Date of the Final Cash Collateral/DIP Financing Order and modifying the Final Cash Collateral/DIP Financing Order as set forth above.

        Respectfully submitted,
        TRAINOR GLASS COMPANY,
        Debtor and Debtor in Possession

        By:___/s/ David A. Golin_____
            One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10113300.1

4