UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>TRAINOR GLASS COMPANY, d/b/a<br>Trainor Modular Walls, Trainor Solar, and<br>Trainor Florida,<br><br>Debtor(s) | BK No.:   12-09458<br><br>Chapter: 11<br>Honorable Carol A. Doyle |

## ORDER FURTHER EXTENDING TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK

This matter coming on to be heard on the motion (the "Motion") of Trainor Glass Company, debtor and debtor in possession (the "Debtor"), for the entry of an order further extending the Termination Date of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"); due notice of the presentation of the Motion having been given; the Court having been advised that the Debtor, the Postpetition Lender (as defined in the Final Cash Collateral/DIP Financing Order) and the Official Committee of Unsecured Creditors have agreed to an amended and supplemental budget which runs through the week ending June 29, 2012, a copy of which is attached to the Motion as Exhibit A;

IT IS HEREBY ORDERED that the definition of Termination Date in the Final Cash Collateral/ DIP Financing Order is amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) July 11, 2012, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond July 11, 2012.

Enter:

Dated:  6/6/12

United States Bankruptcy Judge

**Prepared by:**
Michael L. Gesas (06186924)
David A. Golin (06180517)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

Rev: 20120501_bko