IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date: July 10, 2012 |
| | ) | Time: 10:30 a.m. |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **July 10, 2012** at **10:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**, at which time and place you may appear as you see fit.

TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin  (06180517)
Miriam R. Stein  (06238163)
Kevin H. Morse  (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10212783.1

## CERTIFICATE OF SERVICE

    I, David A. Golin, an attorney, certify that I caused a copy of the foregoing Notice of Motion and Debtor's Motion for Further Extension of the Termination Date of the Final Order Authorizing Debtor to: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (c) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank to be served on the parties listed on the attached service lists by the Court's ECF System to those entities entitled to electronic service or by U.S. mail, postage pre-paid, on July 3, 2012.

                                              /s/ David A. Golin

## SERVICE LIST

*Via ECF*

Mark D Belongia on behalf of Creditor Intelligent Solutions, Inc.
mbelongia@belongialaw.com, cbelue@belongialaw.com

Richard A Bixter on behalf of Creditor Barton Malow Company
richard.bixter@hklaw.com

William J. Bryan on behalf of Creditor Standard Bank and Trust Company
wjblaw@sbcglobal.net

Daniel E Budorick on behalf of Creditors Turner Construction Company, Inc. and Skanska USA Building, Inc.
dbudorick@pecklaw.com; lbarker@pecklaw.com; acustardo@pecklaw.com

Aaron B. Chapin on behalf of General Electric Capital Corporation
achapin@reedsmith.com

Rosanne Ciambrone on behalf of Creditor Clune Construction Company
rciambrone@duanemorris.com; jkahane@duanemorris.com

Amy E Daleo and Caroline K. Kwak on behalf of Creditor Steadfast Insurance Company
adaleo@cohonraizes.com; ckwak@cohonraizes.com

Jason J DeJonker on behalf Creditor Forrester Construction Company
jdejonker@seyfarth.com

Shelly A. DeRousse on behalf of Creditor United Central Bank
sderousse@stahlcowen.com; garcia@stahlcowen.com

John S. Delnero on behalf of Creditor White Construction Company
john.delnero@klgates.com; Chicago.docket@klgates.com; darlene.mroz@klgates.com

Patrick G Donnelly on behalf of Creditor Bond Safeguard Insurance Co. and Lexon Insurance Co.
pdonnelly@dlhlawoffices.com

Michael J Dudek on behalf of Creditor Ace Insurance Company
mdudek@leoweber.com

Earle Erman on behalf of Creditor Glaziers, Architectural Metal, Glassworkers Local Union No. 357, and Michigan Glass and Glazing Fringe Benefit Funds
eerman@ermanteicher.com; druhlandt@ermanteicher.com

Steven A Ginther on behalf of Creditor Missouri Department of Revenue
ndilecf@dor.mo.gov

Geoffrey S. Goodman on behalf of Creditor First Midwest Bank
ggoodman@foley.com; egreen@foley.com; khall@foley.com

Karen R Goodman on behalf of Waste Management of Illinois, Inc.
kgoodman@shefskylaw.com; sfdocket@shefskylaw.com

Aaron L Hammer on behalf of The Committee of Unsecured Creditors for Trainor Glass Company
ahammer@sugarfgh.com; mbrandess@sugarfgh.com; joconnor@sugarfgh.com; mmelickian@sugarfgh.com; ccoleman@sugarfgh.com

Carl N Kunz III on behalf of Creditor DCT Pecos LLC
ckunz@morrisjames.com; wweller@morrisjames.com; jdawson@morrisjames.com

Kathryn M. Gleason on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas S. Leo on behalf of Ace Insurance Company
sleo@leoweber.com; mwargo@leoweber.com

Marc S Lipinski on behalf of Bond Safeguard Insurance Co.
mlipinski@dlhlawoffices.com

John A Lipinsky on behalf of Creditor Enterprise FM Trust
jlipinsky@comananderson.com; khaskell@comananderson.com; kdavis@comananderson.com

Frank Marco on behalf of Creditor Iron Workers Local Union No. 63
fmarco@gregoriolaw.com; nforbes@gregoriolaw.com

Sven T Nylen on behalf of Creditor White Construction Company
sven.nylen@klgates.com; teresa.gomez@klgates.com

Lars A Peterson on behalf of Creditor First Midwest Bank
lapeterson@foley.com; khall@foley.com

Cornelius F Riordan on behalf of Creditor Fidelity and Deposit Company of Maryland
criordan@rmp-llc.com

Brian L. Shaw on behalf of Edwin J. Trainor
Bshaw100@shawgussis.com; bharrington@shawgussis.com

Ashley L Varterasian on behalf of Creditor Intelligent Solutions, Inc.
avarterasian@belongialaw.com, ncapps@belongialaw.com

Kathy Wantuch on behalf of Plaintiff Katherine McNeel
kwantuch@hiltzlaw.com; jhiltz@hiltzlaw.com

10161510.1

*Via First Class Mail*

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section
Level 7-425
200 W. Randolph Street
Chicago, IL 60101

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*(Counsel for Viracon, Inc.)*

William J. Bryan
17926 Dixie Highway
Homewood, IL 60430
*(Counsel for Standard Bank and Trust Company)*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel for Dallas County and Kaufman County)*

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
*(Counsel for Round Rock ISD)*

Frank A. Marco
Iron Workers Local No. 63
Two North LaSalle Street
Suite 1650
Chicago, IL 60602
*(Counsel for Iron Workers Local No. 63)*

10178059.1

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784
*(Counsel for White Construction Company)*

T. Scott Leo
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602
*(Counsel for Ace Insurance Company)*

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
*(Counsel for LTS Drafting & Engineering)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602


Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue
Suite 3050
Austin, TX 78701

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076


Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway
Suite 560
Plano, TX 75093

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street
Suite 423
New York, NY 10038


Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034


Knowles Door Check Co., Inc.
c/o Brenda Greathouse
302 Highway 251 South
Olney, TX 76374

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel for Carrollton-Farmers Branch Independent School District)*

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
*(Counsel for The Texas Comptroller of Public Accounts and Texas Workforce Commission)*

Mark D. Belongia
Ashley L. Varterasian
Belongia Shapiro, LLP
20 S. Clark Street, Suite 300
Chicago, IL  60603
*(Counsel for Intelligent Solutions, Inc.)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date: July 10, 2012 |
| | ) | Time: 10:30 a.m. |

**DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE
TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR
TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT;
AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY
AND OTHER RELIEF TO FIRST MIDWEST BANK**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or the "Debtor"), by its attorneys, hereby seeks the entry of an order further extending the Termination Date of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"), and in support, respectfully states as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105, 361, 362, 363 and 364 of the Bankruptcy Code, Rules 2002, 4001 and 9014 of the Bankruptcy Rules and Rule 4001-2 of the Local Rules.

1

### Cash Collateral/DIP Financing Orders

4. On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of title 11, United States Court (the "Bankruptcy Code"). Trainor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. On March 27, 2012, an Official Committee of Unsecured Creditors (the "Committee") was appointed in this case by the U.S. Trustee.

5. On March 15, 2012, this Court held a preliminary hearing on the Debtor's Motion for Entry of Interim Order, And After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "Cash Collateral/DIP Financing Motion").

6. On March 23, 2012, this Court entered an Order Authorizing Debtor's Motion For Entry of Interim Order and, After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief To First Midwest Bank (the "Interim Cash Collateral/DIP Financing Order").

7. On April 10, 2012, after further notice and a hearing, this Court entered the Final Cash Collateral / DIP Financing Order. The Final Cash Collateral/DIP Financing Order provides for the Debtor's use of cash collateral and DIP financing pursuant to an initial Budget, which ran from the week ended March 16, 2012 through the week ended May 11, 2012, and as amended, modified or supplemented from time to time, as may be agreed to by the Postpetition Lender and the Committee.

8.  On or about May 10, 2012, the Budget was amended and supplemented to provide for the Debtor's use cash collateral and DIP financing through the week ending June 1, 2012.

9.  On or about June 1, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through the week ending June 29, 2012.

10. Under the Final Cash Collateral/DIP Financing Order, as amended by order dated June 6, 2012, the Termination Date is defined as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for any Committee of the occurrence and continuance of an Event of Default; and (b) July 11, 2012, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond July 11, 2012.

**Further Amended / Supplemental Budget, and Extension of
Termination Date of Final Cash Collateral/DIP Financing Order**

11. First Midwest Bank, in its capacity as Postpetition Lender (the "Postpetition Lender"), has agreed to a further amended and supplemental budget (the "Third Amended and Supplemental Budget") which runs through September 30, 2012. A copy of the Third Amended and Supplemental Budget is attached hereto as Exhibit A.

12. Pursuant to the terms of the Final Cash Collateral/DIP Financing Order, the Third Amended and Supplemental Budget shall be incorporated as part of the Budget.

13. As a result of the agreement to further extend the term of the Budget, the Postpetition Lender and the Debtor have agreed that the definition of Termination Date should be amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) October 5, 2012, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond October 5, 2012.

3

WHEREFORE, the Debtor prays for the entry of an order further extending the Termination Date of the Final Cash Collateral/DIP Financing Order as set forth above.

Respectfully submitted,
TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10212737.1