**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  November 15, 2012 |
| | ) | Time: 10:30 a.m. |

**NOTICE OF MOTION**

To:    See attached Service List

    PLEASE TAKE NOTICE that on **Thursday, November 15, 2012 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **APPLICATION OF DEBTOR IN POSSESSION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF COLE, MARTIN & CO., LTD. AS ACCOUNTANT AND FOR PAYMENT OF FINAL FEES AND COSTS WITHOUT FURTHER COURT ORDER,** at which time and place you may appear as you see fit.

                                  **TRAINOR GLASS COMPANY,
                                  Debtor and Debtor in Possession**

                                  By:    /s/ David A. Golin
                                        One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10480990.2

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the foregoing **APPLICATION OF DEBTOR IN POSSESSION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF COLE, MARTIN & CO., LTD. AS ACCOUNTANT AND FOR PAYMENT OF FINAL FEES AND COSTS WITHOUT FURTHER COURT ORDER**, to be served on the parties listed on the attached service lists by U.S. mail and by the Court's ECF System to those entities entitled to electronic service, on November 7, 2012.

By: /s/ David A. Golin
One of Its Attorneys

## SERVICE LIST

*Via ECF*

Mark D. Belongia on behalf of Creditor Intelligent Solutions, Inc.
mbelongia@belongialaw.com, cbelue@belongialaw.com

Richard A. Bixter on behalf of Creditor Barton Malow Company
richard.bixter@hklaw.com

Paul A. Brocksmith on behalf of Creditor Balfour Beatty Construction, LLC
paul@brocklaw.com

William J. Bryan on behalf of Creditor Standard Bank and Trust Company
wjblaw@sbcglobal.net

Daniel E. Budorick on behalf of Creditors Turner Construction Company, Inc., Skanska USA Building, Inc., Turner/Gilbane, a 50 – 50 Joint Venture, Tompkins/Gilford, A Joint Venture, and Layton Construction Co., Inc.
dbudorick@pecklaw.com; lbarker@pecklaw.com; acustardo@pecklaw.com

Aaron B. Chapin on behalf of General Electric Capital Corporation
achapin@reedsmith.com

Rosanne Ciambrone on behalf of Creditor Clune Construction Company
rciambrone@duanemorris.com; jkahane@duanemorris.com

Amy E. Daleo and Caroline K. Kwak on behalf of Creditor Steadfast Insurance Company
adaleo@cohonraizes.com; ckwak@cohonraizes.com

Jason J. DeJonker on behalf Creditor Forrester Construction Company
jdejonker@seyfarth.com

Shelly A. DeRousse on behalf of Creditor United Central Bank
sderousse@stahlcowen.com; garcia@stahlcowen.com

John S. Delnero on behalf of Creditors White Construction Co. and SCA Walls Inc.
john.delnero@klgates.com; Chicago.docket@klgates.com; darlene.mroz@klgates.com

Patrick G. Donnelly on behalf of Creditor Bond Safeguard Insurance Co. and Lexon Insurance Co.
pdonnelly@dlhlawoffices.com

Michael J. Dudek on behalf of Creditor Ace Insurance Company
mdudek@leoweber.com

Earle Erman on behalf of Creditor Glaziers, Architectural Metal, Glassworkers Local Union No. 357, and Michigan Glass and Glazing Fringe Benefit Funds
eerman@ermanteicher.com; druhlandt@ermanteicher.com

John M. Fitzgerald on behalf of Creditor Herman Miller, Inc.
jfitzgerald@tdrlawfirm.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
ndilecf@dor.mo.gov

Geoffrey S. Goodman on behalf of Creditor First Midwest Bank
ggoodman@foley.com; egreen@foley.com; khall@foley.com

Karen R. Goodman on behalf of Waste Management of Illinois, Inc.
kgoodman@shefskylaw.com; sfdocket@shefskylaw.com

Aaron L. Hammer on behalf of The Committee of Unsecured Creditors for Trainor Glass Company
ahammer@sugarfgh.com; mbrandess@sugarfgh.com; joconnor@sugarfgh.com; mmelickian@sugarfgh.com; ccoleman@sugarfgh.com

John F. Hiltz on behalf of Plaintiff Katherine McNeel
jhiltz@hiltzlaw.com

Carl N. Kunz III on behalf of Creditor DCT Pecos LLC
ckunz@morrisjames.com;  wweller@morrisjames.com; jdawson@morrisjames.com

Caroline Kwak on behalf of Steadfast Insurance Company
ckwak@cohonraizes.com

Kathryn M. Gleason on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas S. Leo on behalf of Ace Insurance Company
sleo@leoweber.com; mwargo@leoweber.com

Marc S. Lipinski on behalf of Bond Safeguard Insurance Co.
mlipinski@dlhlawoffices.com

John A. Lipinsky  on behalf of Creditor Enterprise FM Trust
jlipinsky@comananderson.com; khaskell@comananderson.com; kdavis@comananderson.com

Frank Marco on behalf of Creditor Iron Workers Local Union No. 63
fmarco@gregoriolaw.com; nforbes@gregoriolaw.com

Adrian E. Mazar on behalf of Sean O'Dowd
mazaresq@sbcglobal.net; AdrianMazar@comcast.net

Sven T. Nylen on behalf of Creditor White Construction Company
sven.nylen@klgates.com; teresa.gomez@klgates.com

Lars A. Peterson on behalf of Creditor First Midwest Bank
lapeterson@foley.com; khall@foley.com

Cornelius F. Riordan on behalf of Creditor Fidelity and Deposit Company of Maryland
criordan@rmp-llc.com

Brian L. Shaw on behalf of Edwin J. Trainor
Bshaw100@shawgussis.com; bharrington@shawgussis.com

James B. Sowka on behalf of Forrester Construction Company
jsowka@seyfarth.com; chidocket@seyfarth.com; ctholen@seyfarth.com

Ashley L. Varterasian on behalf of Creditor Intelligent Solutions, Inc.
avarterasian@belongialaw.com, ncapps@belongialaw.com

Kathy Wantuch on behalf of Plaintiff Katherine McNeel
kwantuch@hiltzlaw.com

10161510.1

**_Via First Class Mail_**

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*(Counsel for Viracon, Inc.)*

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway, Suite 560
Plano, TX 75093

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel for Dallas County and Kaufman County)*

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
*(Counsel for Round Rock ISD)*

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
*(Counsel for Katherine McNeel)*

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
*(Counsel for White Construction Company)*

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
*(Counsel for LTS Drafting & Engineering)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602

Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034
*(Counsel for BAV, Inc.)*

Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue, Suite 3050
Austin, TX 78701
*(Counsel for Flintco, Inc.)*

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076

Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
302 Highway 251 South
Olney, TX 76374

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel for Carrollton-Farmers Branch
Independent School District)*

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
*(Counsel for The Texas Comptroller of Public
Accounts and Texas Workforce Commission)*

Thomas C. Johnson
Asst. Attorney General for the State of
Michigan
350 Ottawa NW, Suite 4C
Grand Rapids, MI 49503
*(Counsel for Unemployment Insurance
Agency)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  November 15, 2012 |
| | ) | Time: 10:30 a.m. |

**APPLICATION OF DEBTOR IN POSSESSION TO AUTHORIZE THE RETENTION AND EMPLOYMENT OF COLE, MARTIN & CO., LTD. AS ACCOUNTANT AND FOR PAYMENT OF FINAL FEES AND COSTS WITHOUT FURTHER COURT ORDER**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or "Debtor"), by its attorneys, hereby seeks the entry of an order authorizing the Debtor to retain and employ the accounting firm of Cole, Martin & Co., Ltd. ("Cole Martin"), to render certain auditing services related to Trainor's 401(k) and profit sharing plan, *nunc pro tunc* August 27, 2012 and to pay Cole Martin for its services.  In support of this Application, the Debtor respectfully states as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The consideration of this Application is a core proceeding pursuant to 28 U.S.C. §157(b).  The statutory predicates for the relief requested herein are sections 327(a), 328(a), 330 and 1107(a) and (b) of title 11, United States Code (the "Bankruptcy Code"), Rules 2014(a)-(b) and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local Rule 2016-1.

**Background**

2.  On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Trainor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On March 27, 2012, an official committee for unsecured creditors (the "Committee") was appointed by the United States Trustee.

3.  Trainor is an Illinois corporation that was founded in 1953 by Robert J. Trainor Sr. to pursue a residential glass business in Chicago, Illinois. Trainor's business model was focused on quality fabrication, design, engineering, and installation of glass products and framing systems in virtually every architectural application, including (a) new construction, (b) green-building solutions, (c) building rehabilitation, (d) storefronts and entrances, (e) tenant interiors, and (f) custom-specialty work. Trainor was consistently recognized as a national leader in its industry in both revenue and quality.

4.  After inception, Trainor expanded from its base in Chicago and at one time had operations in (a) Phoenix, Arizona, (b) Denver, Colorado, (c) Jacksonville Beach, Florida, (d) Riviera Beach, Florida, (e) Atlanta, Georgia, (f) Alsip, Illinois, (g) Michigan City, Indiana, (h) South Bend, Indiana, (i) Baltimore, Maryland, (j) Detroit, Michigan, (k) Las Vegas, Nevada, (1) Kearny, New Jersey, (m) Charlotte, North Carolina, (n) Austin, Texas, (o) Ogden, Utah, and (p) Farmers Branch, Texas.

5.  The documented slowdown in the national economy, which began in early 2008, impacted the commercial construction industry by significantly increasing material pricing and competition among glass contractors. By 2010, Trainor found itself with significantly reduced liquidity and financial losses which caused Trainor to close many of its plants, sell equipment, and reduce workforce. During the period June 2011 - December 31, 2011, Trainor closed

thirteen facilities, resulting in significant additional losses. On February 21, 2012, after being unable to secure additional financing necessary to continue operating, Trainor ceased business operations and terminated all employees. At that time, Trainor operated nine facilities and had approximately 508 employees (148 union and 360 non-union) in 14 states.

6.  The Debtor filed this chapter 11 case, to preserve the value of its assets and to maximize the value of its assets through an orderly liquidation.

### Trainor 401(k)/Profit Sharing Plan

7.  Prior to the Petition Date, Trainor, as settlor, established the Trainor Glass Company 401(k) and Profit Sharing Plan (the "Trainor 401(k)/Profit Sharing Plan"). The Trainor 401(k) Profit Sharing Plan has been terminated, effective March 31, 2012.

8.  As settlor of the Trainor 401(k)/Profit Sharing Plan, Trainor is responsible for the preparation and filing of an annual IRS Form 5500.

9.  In order to prepare and file an IRS Form 5500, certain audit services relating to the Trainor 401(k)/Profit Sharing Plan are required.

### Services Rendered and to Be Rendered By Cole Martin and Fees for Such Services

10.  In order to prepare and file an IRS Form 5500 for the year ended December 31, 2011 and for the year ended March 31, 2012, on August 27, 2012, Thomas Trainor, as trustee of the Trainor 401(k)/Profit Sharing Plan, entered into agreements with Cole Martin for certain audit services relating to the Trainor 401(k)/Profit Sharing Plan for the year ended December 31, 2011 and for the year ended March 31, 2012. Copies of these agreements are attached to the Declaration of William A. Martin as Exhibits 1 and 2.

11.  Cole Martin has rendered the audit services required for the year ended December 31, 2011. Cole Martin's fees for these services is $5,900. A copy of the Cole Martin invoice for these services is attached to the Declaration of William A. Martin as Exhibit 3.

12. Cole Martin has not yet rendered the audit services for the year ended March 31, 2012. Cole Martin intends to charge for these services on an hourly basis. Cole Martin has advised the Debtor, however, that its fees will not exceed $4,950.

13. Cole Martin has advised the Debtor that the hourly rates applicable to the principal persons who have and will render services are as follows:

    (a) William A. Martin (Partner)    $185 per hour
    (b) Donna Achs (Senior Auditor)    $125 per hour

Other persons employed by Cole Martin will render services to the Debtor as needed.

14. The Debtor requests authorization to pay $5,900 to Cole Martin at this time for Cole Martin's services in connection with the audit of the plan year ended December 31, 2011.

15. The Debtor also requests authorization to pay Cole Martin, without further Court order, for Cole Martin's services in connection with the audit of the plan year ended March 31, 2012, upon completion of such services and receipt of an invoice from Cole Martin.

16. All of these audit fees are included in the Debtor's most recent budget which was approved by First Midwest Bank and the Committee.

### Cole Martin Does Not Hold
### Or Represent Any Adverse Interest

17. A Declaration of William A. Martin, a partner of Cole Martin, is attached hereto as Exhibit A.

18. To the best of the Debtor's knowledge and based upon and except as set forth in Mr. Martin's Declaration:

    a. Cole Martin does not hold or represent any interest adverse to the Debtor's chapter 11 estate.

    b. Cole Martin is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

        (1) Cole Martin is not a creditor, an equity security holder, or an insider of the Debtor.

      (2)      Cole Martin is not and was not, within two years before the Petition Date, a director, officer, or employee of the Debtor.

      (3)      Cole Martin does not have an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

19.    To the best of the Debtor's knowledge, Cole Martin does not have any connections with the Debtor, its creditors, any other parties in interest, its attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, except as set forth in Mr. Martin's Declaration.

## Notice

20.    Notice of this Application has been given to (a) the Office of the United States Trustee of this District; (b) counsel to First Midwest Bank, (c) counsel to United Community Bank; (d) counsel to the Committee; and (e) all other persons requesting notice of filings in this case.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (i) authorizing the Debtor to retain and employ Cole Martin, *nunc pro tunc* to August 27, 2012; (ii) authorizing the Debtor to pay $5,900 to Cole Martin for services in connection with the audit of the plan year ended December 31, 2011; (iii) authorizing the Debtor to pay Cole Martin, without further Court order, for Cole Martin's services in connection with the audit of the plan year

ended March 31, 2012; and (iv) granting such other relief as this Court may deem just and

proper.

                                                                       TRAINOR GLASS COMPANY,
                                                                       Debtor and Debtor in Possession

                                                                       By:   /s/ David A. Golin
Michael L. Gesas (06186924)                        One of Its Attorneys
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288
10480990.2