IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on **Wednesday, January 9, 2013 at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK,** at which time and place you may appear as you see fit.

TRAINOR GLASS COMPANY,
**Debtor and Debtor in Possession**

By:   /s/ David A. Golin
   One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10583443.1

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the foregoing **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**, to be served on the parties listed on the attached service lists by facsimile and by the Court's ECF System to those entities entitled to electronic service, on January 2, 2013.

By:   /s/ David A. Golin
One of Its Attorneys

## SERVICE LIST

*Via ECF*

Mark D. Belongia on behalf of Creditor Intelligent Solutions, Inc.
mbelongia@belongialaw.com, cbelue@belongialaw.com

Richard A. Bixter on behalf of Creditor Barton Malow Company
richard.bixter@hklaw.com

Paul A. Brocksmith on behalf of Creditor Balfour Beatty Construction, LLC
paul@brocklaw.com

William J. Bryan on behalf of Creditor Standard Bank and Trust Company
wjblaw@sbcglobal.net

Daniel E. Budorick on behalf of Creditors Turner Construction Company, Inc., Skanska USA Building, Inc., Turner/Gilbane, a 50 – 50 Joint Venture, Tompkins/Gilford, A Joint Venture, and Layton Construction Co., Inc.
dbudorick@pecklaw.com; lbarker@pecklaw.com; acustardo@pecklaw.com

Aaron B. Chapin on behalf of General Electric Capital Corporation
achapin@reedsmith.com

Rosanne Ciambrone on behalf of Creditor Clune Construction Company
rciambrone@duanemorris.com; jkahane@duanemorris.com

Amy E. Daleo and Caroline K. Kwak on behalf of Creditor Steadfast Insurance Company
adaleo@cohonraizes.com; ckwak@cohonraizes.com

Jason J. DeJonker on behalf Creditor Forrester Construction Company
jdejonker@seyfarth.com

Shelly A. DeRousse on behalf of Creditor United Central Bank
sderousse@stahlcowen.com; garcia@stahlcowen.com

John S. Delnero on behalf of Creditors White Construction Co. and SCA Walls Inc.
john.delnero@klgates.com; Chicago.docket@klgates.com; darlene.mroz@klgates.com

Patrick G. Donnelly on behalf of Creditor Bond Safeguard Insurance Co. and Lexon Insurance Co.
pdonnelly@dlhlawoffices.com

Michael J. Dudek on behalf of Creditor Ace Insurance Company
mdudek@leoweber.com

Earle Erman on behalf of Creditor Glaziers, Architectural Metal, Glassworkers Local Union No. 357, and Michigan Glass and Glazing Fringe Benefit Funds
eerman@ermanteicher.com; druhlandt@ermanteicher.com

John M. Fitzgerald on behalf of Creditor Herman Miller, Inc.
jfitzgerald@tdrlawfirm.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
ndilecf@dor.mo.gov

Geoffrey S. Goodman on behalf of Creditor First Midwest Bank
ggoodman@foley.com; egreen@foley.com; khall@foley.com

Karen R. Goodman on behalf of Waste Management of Illinois, Inc.
kgoodman@shefskylaw.com; sfdocket@shefskylaw.com

Aaron L. Hammer on behalf of The Committee of Unsecured Creditors for Trainor Glass Company
ahammer@sugarfgh.com; mbrandess@sugarfgh.com; joconnor@sugarfgh.com; mmelickian@sugarfgh.com; ccoleman@sugarfgh.com

John F. Hiltz on behalf of Plaintiff Katherine McNeel
jhiltz@hiltzlaw.com

Carl N. Kunz III on behalf of Creditor DCT Pecos LLC
ckunz@morrisjames.com; wweller@morrisjames.com; jdawson@morrisjames.com

Caroline Kwak on behalf of Steadfast Insurance Company
ckwak@cohonraizes.com

Kathryn M. Gleason on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas S. Leo on behalf of Ace Insurance Company
sleo@leoweber.com; mwargo@leoweber.com

Marc S. Lipinski on behalf of Bond Safeguard Insurance Co.
mlipinski@dlhlawoffices.com

John A. Lipinsky on behalf of Creditor Enterprise FM Trust
jlipinsky@comananderson.com; khaskell@comananderson.com; kdavis@comananderson.com

Frank Marco on behalf of Creditor Iron Workers Local Union No. 63
fmarco@gregoriolaw.com; nforbes@gregoriolaw.com

Adrian E. Mazar on behalf of Sean O'Dowd
mazaresq@sbcglobal.net; AdrianMazar@comcast.net

Sven T. Nylen on behalf of Creditor White Construction Company
sven.nylen@klgates.com; teresa.gomez@klgates.com

Lars A. Peterson on behalf of Creditor First Midwest Bank
lapeterson@foley.com; khall@foley.com

Cornelius F. Riordan on behalf of Creditor Fidelity and Deposit Company of Maryland
criordan@rmp-llc.com

Brian L. Shaw on behalf of Edwin J. Trainor
Bshaw100@shawgussis.com; bharrington@shawgussis.com

James B. Sowka on behalf of Forrester Construction Company
jsowka@seyfarth.com; chidocket@seyfarth.com; ctholen@seyfarth.com

Ashley L. Varterasian on behalf of Creditor Intelligent Solutions, Inc.
avarterasian@belongialaw.com, ncapps@belongialaw.com

Kathy Wantuch on behalf of Plaintiff Katherine McNeel
kwantuch@hiltzlaw.com


10161510.1

***Via First Class Mail***

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway, Suite 560
Plano, TX 75093

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
*(Counsel for Round Rock ISD)*

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
*(Counsel for White Construction Company)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*(Counsel for Viracon, Inc.)*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel for Dallas County and Kaufman County)*

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
*(Counsel for Katherine McNeel)*

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
*(Counsel for LTS Drafting & Engineering)*

Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034
*(Counsel for BAV, Inc.)*

Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue, Suite 3050
Austin, TX 78701
*(Counsel for Flintco, Inc.)*

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076

Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA

Thomas C. Johnson
Asst. Attorney General for the State of Michigan
350 Ottawa NW, Suite 4C
Grand Rapids, MI  49503
*(Counsel for Unemployment Insurance Agency)*

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
302 Highway 251 South
Olney, TX 76374

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel for Carrollton-Farmers Branch Independent School District)*

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
*(Counsel for The Texas Comptroller of Public Accounts and Texas Workforce Commission)*

Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606
*(Counsel to Austin Building Company and Austin Commercial L.P.)*

10178059.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date: January 9, 2013 |
| | ) | Time: 10:30 a.m. |

**DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE
TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR
TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT;
AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY
AND OTHER RELIEF TO FIRST MIDWEST BANK**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or the "Debtor"), by its attorneys, hereby seeks the entry of an order further extending the Termination Date of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"), and in support, respectfully states as follows:

**Jurisdiction and Venue**

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 105, 361, 362, 363 and 364 of the Bankruptcy Code, Rules 2002, 4001 and 9014 of the Bankruptcy Rules and Rule 4001-2 of the Local Rules.

1

## Cash Collateral/DIP Financing Orders

4.     On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of title 11, United States Court (the "Bankruptcy Code"). Trainor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. On March 27, 2012, an Official Committee of Unsecured Creditors (the "Committee") was appointed in this case by the U.S. Trustee.

5.     On March 15, 2012, this Court held a preliminary hearing on the Debtor's Motion for Entry of Interim Order, And After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "Cash Collateral/DIP Financing Motion").

6.     On March 23, 2012, this Court entered an Order Authorizing Debtor's Motion For Entry of Interim Order and, After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief To First Midwest Bank (the "Interim Cash Collateral/DIP Financing Order").

7.     On April 10, 2012, after further notice and a hearing, this Court entered the Final Cash Collateral / DIP Financing Order. The Final Cash Collateral/DIP Financing Order provides for the Debtor's use of cash collateral and DIP financing pursuant to an initial Budget, which ran from the week ended March 16, 2012 through the week ended May 11, 2012, and as amended, modified or supplemented from time to time, as may be agreed to by the Postpetition Lender and the Committee.

2

8. On or about May 10, 2012, the Budget was amended and supplemented to provide for the Debtor's use cash collateral and DIP financing through the week ending June 1, 2012.

9. On or about June 1, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through the week ending June 29, 2012.

10. On or about June 29, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through September 30, 2012.

11. On or about September 28, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through January 9, 2013.

12. Under the Final Cash Collateral/DIP Financing Order, as amended by order dated October 4, 2012, the Termination Date is defined as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for any Committee of the occurrence and continuance of an Event of Default; and (b) January 11, 2013, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond January 11, 2013.

**Further Amended / Supplemental Budget, and Extension of
Termination Date of Final Cash Collateral/DIP Financing Order**

13. First Midwest Bank, in its capacity as Postpetition Lender (the "Postpetition Lender"), has agreed to a further amended and supplemental budget (the "Fifth Amended and Supplemental Budget") which runs through March 31, 2013. A copy of the Fifth Amended and Supplemental Budget is attached hereto as Exhibit A.

14. Pursuant to the terms of the Final Cash Collateral/DIP Financing Order, the Fifth Amended and Supplemental Budget shall be incorporated as part of the Budget.

3

15. As a result of the agreement to further extend the term of the Budget, the Postpetition Lender and the Debtor have agreed that the definition of Termination Date should be amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) April 12, 2013, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond April 12, 2013.

16. The Committee supports the relief requested in this motion.

WHEREFORE, the Debtor prays for the entry of an order further extending the Termination Date of the Final Cash Collateral/DIP Financing Order as set forth above.

Respectfully submitted,
TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
    One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10583406.1

4