IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date: April 10, 2013 |
| | ) | Time: 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on **April 10, 2013 10:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL, (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK,** at which time and place you may appear as you see fit.

TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin  (06180517)
Kevin H. Morse  (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100 - Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the foregoing **NOTICE OF MOTION** and **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL, (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK,** to be served on the parties listed on the attached service lists by facsimile and by the Court's ECF System to those entities entitled to electronic service, on April 5, 2013.

By: /s/ David A. Golin
One of Its Attorneys

## SERVICE LIST

*Via ECF*

- George P Apostolides gpapostolides@arnstein.com
- Mark D Belongia mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- Richard A Bixter richard.bixter@hklaw.com
- Paul A Brocksmith paul@brocklaw.com
- William J. Bryan wbryanlaw@comcast.net
- Daniel E Budorick dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- Aaron B Chapin achapin@reedsmith.com
- Barry A Chatz bachatz@arnstein.com, jbmedziak@arnstein.com
- Rosanne Ciambrone rciambrone@duanemorris.com, jkahane@duanemorris.com
- Amy E Daleo adaleo@cohonraizes.com
- Jason J DeJonker jdejonker@seyfarth.com
- Shelly A. DeRousse sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- John S. Delnero john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com
- Patrick G Donnelly pdonnelly@dlhlawoffices.com
- Michael J Dudek mdudek@leoweber.com
- Earle Erman eerman@ermanteicher.com, druhlandt@ermanteicher.com
- Michael L. Gesas mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- Steven A Ginther ndilecf@dor.mo.gov
- Geoffrey S. Goodman ggoodman@foley.com, egreen@foley.com;khall@foley.com
- Karen R Goodman kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- Aaron L. Hammer ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com
- John F Hiltz jhiltz@hiltzlaw.com, kwantuch@hiltzlaw.com
- Michael B Kind mkind@edwardswildman.com
- Carl N Kunz III ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Caroline Kwak ckwak@cohonraizes.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Thomas S. Leo sleo@leoweber.com, mwargo@leoweber.com
- Marc S Lipinski mlipinski@dlhlawoffices.com
- John A Lipinsky jlipinsky@comananderson.com, khaskell@comananderson.com;kdavis@comananderson.com
- Frank Marco fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- Adrian E Mazar mazaresq@sbcglobal.net, AdrianMazar@comcast.net
- Jenna L Miara mweiner@hsplegal.com
- Kevin H Morse khmorse@arnstein.com
- Michelle G Novick mgnovick@arnstein.com, lcsolomon@arnstein.com
- Sven T Nylen sven.nylen@klgates.com, teresa.gomez@klgates.com
- Lars A Peterson lapeterson@foley.com, khall@foley.com
- Douglas Petrovic dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- Cornelius F Riordan criordan@rmp-llc.com, egrubb@rmp-llc.com

- Brian L Shaw bshaw100@shawfishman.com, bharrington@shawfishman.com
- James B. Sowka jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- Miriam R. Stein mstein@chuhak.com, kgord@chuhak.com
- Kathy Wantuch kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com
- Brian P Welch bpwelch@arnstein.com

10161510.1

*<u>Via Facsimile</u>*

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
Fax: 215-922-3524
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway
Suite 560
Plano, TX 75093
Fax: 214-273-3413

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
Fax: 615-741-3334

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
Fax: 512-443-5114
*(Counsel for Round Rock ISD)*

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784
Fax: 214-855-8200
*(Counsel for White Construction Company)*

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Fax: 612-642-8367
*(Counsel for Viracon, Inc.)*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708
Fax: 478-405-4043

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: 469-221-5002
*(Counsel for Dallas County and Kaufman County)*

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street
Suite 423
New York, NY 10038
Fax: 212-581-2122

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
Fax:  303-333-9786
*(Counsel for LTS Drafting & Engineering)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602
Fax: 251-433-8181

Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue
Suite 3050
Austin, TX 78701
Fax: 512-391-6149

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076
Fax: 866-656-4160

Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA
Fax: 845-491-5032

Thomas C. Johnson
Asst. Attorney General for the State of Michigan
350 Ottawa NW, Suite 4C
Grand Rapids, MI 49503
Fax: 616- 356-0411
*(Counsel for Unemployment Insurance Agency)*

State of Michigan
Dept. of Licensing & Regulatory Affairs
P.O. Box 30004
Lansing, MI 48909
Fax: 517-373-2129

Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034
Fax: 214-472-2150

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
302 Highway 251 South
Olney, TX 76374
Fax: 940-264-3018

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
Fax: 214-521-1738
*(Counsel for Carrollton-Farmers Branch Independent School District)*

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
Fax: 512-482-8341
*(Counsel for The Texas Comptroller of Public Accounts and Texas Workforce Commission)*

Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606
Fax: 312-201-2555
*(Counsel to Austin Building Company and Austin Commercial L.P.)*

Nancy L. Hirsch
Reibman, Hoffman, Baum, Hirsch & O'Toole
20 N. Clark Street, Suite 1700
Chicago, IL 60602
Fax: 312-372-0531

State of Michigan
Department of Treasury
Revenue & Collections Division
P.O. Box 30199
Lansing, MI 48909
Fax: 517-636-5245

Robert D. Wolford
Miller Johnson
Calder Plaza Building
250 Monroe Avenue NW Suite 800
Grand Rapids, Michigan  49503-2250
Fax: 616-988-1726

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338
Fax: 217-557-4390

Lee E. Woodard
333 West Washington Street, Suite 200
Syracuse, NY 13202
Fax: 315-422-9331

10161527.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| TRAINOR GLASS COMPANY, ) | | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, ) | | |
| Trainor Solar, and Trainor Florida, ) | | Hon. Carol A. Doyle |
| Debtor. ) | | |
| ) | | Date: April 10, 2013 |
| ) | | Time: 10:30 a.m. |

**DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE
TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR
TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT;
AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY
AND OTHER RELIEF TO FIRST MIDWEST BANK**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or the "Debtor"), by its attorneys, hereby seeks the entry of an order further extending the Termination Date of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"), and in support, respectfully states as follows:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105, 361, 362, 363 and 364 of the Bankruptcy Code, Rules 2002, 4001 and 9014 of the Bankruptcy Rules and Rule 4001-2 of the Local Rules.

1

## Cash Collateral/DIP Financing Orders

4. On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of title 11, United States Court (the "Bankruptcy Code"). Trainor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. On March 27, 2012, an Official Committee of Unsecured Creditors (the "Committee") was appointed in this case by the U.S. Trustee.

5. On March 15, 2012, this Court held a preliminary hearing on the Debtor's Motion for Entry of Interim Order, And After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "Cash Collateral/DIP Financing Motion").

6. On March 23, 2012, this Court entered an Order Authorizing Debtor's Motion For Entry of Interim Order and, After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief To First Midwest Bank (the "Interim Cash Collateral/DIP Financing Order").

7. On April 10, 2012, after further notice and a hearing, this Court entered the Final Cash Collateral / DIP Financing Order. The Final Cash Collateral/DIP Financing Order provides for the Debtor's use of cash collateral and DIP financing pursuant to an initial Budget, which ran from the week ended March 16, 2012 through the week ended May 11, 2012, and as amended, modified or supplemented from time to time, as may be agreed to by the Postpetition Lender and the Committee.

2

8. On or about May 10, 2012, the Budget was amended and supplemented to provide for the Debtor's use cash collateral and DIP financing through the week ending June 1, 2012.

9. On or about June 1, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through the week ending June 29, 2012.

10. On or about June 29, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through September 30, 2012.

11. On or about September 28, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through January 9, 2013.

12. On or about December 28, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through April 12, 2013.

13. Under the Final Cash Collateral/DIP Financing Order, as amended by order dated January 9, 2013, the Termination Date is defined as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for any Committee of the occurrence and continuance of an Event of Default; and (b) April 12, 2013, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond April 12, 2013.

### Further Amended / Supplemental Budget, and Extension of Termination Date of Final Cash Collateral/DIP Financing Order

14. First Midwest Bank, in its capacity as Postpetition Lender (the "Postpetition Lender"), has agreed to a further amended and supplemental budget (the "Sixth Amended and Supplemental Budget") which runs through June 30, 2013. A copy of the Sixth Amended and Supplemental Budget is attached hereto as Exhibit A.

3

15. Pursuant to the terms of the Final Cash Collateral/DIP Financing Order, the Fifth Amended and Supplemental Budget shall be incorporated as part of the Budget.

16. As a result of the agreement to further extend the term of the Budget, the Postpetition Lender and the Debtor have agreed that the definition of Termination Date should be amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) July 12, 2013, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond July 12, 2013.

17. The Committee supports the relief requested in this motion.

WHEREFORE, the Debtor prays for the entry of an order further extending the Termination Date of the Final Cash Collateral/DIP Financing Order as set forth above.

> Respectfully submitted,
> TRAINOR GLASS COMPANY,
> Debtor and Debtor in Possession
>
> By:  /s/ David A. Golin
>      One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Kevin H. Morse  (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

10837406.1

4