UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| TRAINOR GLASS COMPANY, | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | |
| Trainor Solar, and Trainor Florida, | Hon. Carol A. Doyle |
| Debtor. | |

### NOTICE OF MOTION

To: See Attached Service List

    PLEASE TAKE NOTICE that on **April 10, 2013, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Carol A. Doyle, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **MOTION FOR BRIEFING AND HEARING SCHEDULE**, copies of which are served upon you.

Dated: April 9, 2013

                       Respectfully submitted,
                       **BOND SAFEGUARD INSURANCE CO.**
                       **AND LEXON INSURANCE CO.**
                       **Creditor**

                       By:    /s/Patrick G. Donnelly
                               One of Its Attorneys

Patrick G. Donnelly, Esq.
29 S. La Salle Suite 1210
Chicago, IL 60603
(312) 564-5200
(312) 564-5230 (fax)
pdonnelly@dlhlawoffices.com
Local Counsel for Bond Safeguard Insurance Co.
and Lexon Insurance Co.

1

259719 2012686v1

And

Harris Beach PLLC
Bruce L. Maas, Esq.
99 Garnsey Road
Pittsford, NY 14534
(585) 419-8650
(585) 419-8811 (fax)
bmaas@harrisbeach.com

And

Harris Beach PLLC
Lee E. Woodard, Esq.
Kelly C. Griffith, Esq.
333 West Washington St.
Suite 200
Syracuse, NY 13202
(315) 423-7100
(315) 422-9331 (fax)
lwoodard@harrisbeach.com
kgriffith@harrisbeach.com

Counsel for Bond Safeguard Insurance Co.
and Lexon Insurance Co.

## **CERTIFICATE OF SERVICE**

I, Thomas McGettrick, certify that I caused a copy of this notice and the documents referenced herein to be served on the parties listed on the attached service list by delivery via ECF or by other means indicated on the Service List on April 9, 2013.

                                                  /s/ Thomas McGettrick

# **TRAINOR GLASS COMPANY**
# **CM/ECF SERVICE LIST**

1. George P. Apostolides on behalf of Debtor *Trainor Glass Company*
   gpapostolides@arnstein.com

2. George P. Apostolides on behalf of Plaintiff *Trainor Glass Company*
   gpapostolides@arnstein.com

3. Mark D. Belongia on behalf of Creditor *Intelligent Solutions, Inc.*
   mbelongia@ralaw.com
   msullivan@ralaw.com
   casedocket@ralaw.com

4. Richard A. Bixter on behalf of Creditor *Barton Malow Company*
   richard.bixter@hklaw.com

5. Paul A. Brocksmith on behalf of Creditor *Balfour Beatty Construction, LLC*
   paul@brocklaw.com

6. Paul A. Brocksmith on behalf of Creditor *Balfour/Russell/Pegasus a Joint Venture*
   paul@brocklaw.com

7. Paul A. Brocksmith on behalf of Creditor *Barnhill/Balfour Beatty a Joint Venture*
   paul@brocklaw.com

8. William J. Bryan on behalf of Creditor *Standard Bank and Trust Company*
   wjblaw@sbcglobal.net

9. Daniel E. Budorick on behalf of Creditor *Layton Construction Co., Inc*.
   dbudorick@pecklaw.com
   lbarker@pecklaw.com
   acustardo@pecklaw.com

10. Daniel E. Budorick on behalf of Creditor *Sanska USA Building, Inc*.
    dbudorick@pecklaw.com
    lbarker@pecklaw.com
    acustardo@pecklaw.com

11. Daniel E. Budorick on behalf of Creditor *Tompkins--Gilford*
    dbudorick@pecklaw.com
    lbarker@pecklaw.com
    acustardo@pecklaw.com

12. Daniel E. Budorick on behalf of Creditor *Turner Construction Company, Inc*.

259719 2012686v1

>
> dbudorick@pecklaw.com
> lbarker@pecklaw.com
> acustardo@pecklaw.com

13.   Daniel E. Budorick on behalf of Creditor *Turner-Gilbane, a 50-50 Joint Venture*
      dbudorick@pecklaw.com
      lbarker@pecklaw.com
      acustardo@pecklaw.com

14.   Aaron B. Chapin on behalf of Creditor *General Electric Capital Corporation*
      achapin@reedsmith.com

15.   Barry A. Chatz on behalf of Debtor *Trainor Glass Company*
      bachatz@arnstein.com

*16.* Rosanne Ciambrone on behalf of Creditor *Clune Construction Company*
      rciambrone@duanemorris.com
      jkahane@duanemorris.com

*17.* Amy E. Daleo on behalf of Creditor *Steadfast Insurance Company*
      adaleo@cohonraizes.com

18.   Jason J. DeJonker on behalf of Creditor *Forrester Construction Company*
      jdejonker@seyfarth.com

19.   Shelly A. DeRousse on behalf of Creditor *United Central Bank*
      *sderousse@stahlcowen.com*
      *cgarcia@stahlcowen.com*

20.   John S. Delnero on behalf of Creditor *SCA Walls Inc.*
      john.delnero@klgates.com
      Chicago.docket@klgates.com
      darlene.mroz@klgates.com

21.   John S. Delnero on behalf of Creditor *White Construction Company*
      john.delnero@klgates.com
      Chicago.docket@klgates.com
      darlene.mroz@klgates.com

22.   Michael J. Dudek on behalf of Creditor *Ace Insurance Company*
      mdudek@leoweber.com

23.   Earle Erman on behalf of Creditor *Glaziers, Architectural Metal and Glassworkers Local Union No. 357*
      eerman@ermanteicher.com
      druhlandt@ermanteicher.com

5

24. Earle Erman on behalf of Creditor *Michigan Glass and Glazing Fringe Benefit Funds*
    eerman@ermanteicher.com
    druhlandt@ermanteicher.com

25. Michael L. Gesas on behalf of Debtor *Trainor Glass Company*
    mlgesas@arnstein.com
    blsutton@arnstein.com
    lcsolomon@arnstein.com
    jbmedziak@arnstein.com

26. Michael L. Gesas on behalf of Defendant *Trainor Glass Company*
    mlgesas@arnstein.com
    blsutton@arnstein.com
    jbmedziak@arnstein.com

27. Steven A. Ginther on behalf of Creditor *Missouri Department of Revenue*
    ndilecf@dor.mo.gov

28. David A. Golin on behalf of Debtor *Trainor Glass Company*
    dagolin@arnstein.com
    mgonzalez@arnstein.com

29. David A. Golin on behalf of Defendant *Trainor Glass Company*
    dagolin@arnstein.com
    mgonzalez@arnstein.com

30. Geoffrey S. Goodman on behalf of Creditor *First Midwest Bank*
    ggoodman@foley.com
    egreen@foley.com
    khall@foley.com

31. Karen R. Goodman, ESQ on behalf of Creditor *Waste Management of Illinois Inc.*
    kgoodman@shefskylaw.com
    sfdocket@shefskylaw.com

32. Aaron L. Hammer on behalf of Creditor *The Official Committee of Unsecured Creditors of Trainer Glass Company*
    ahammer@sugarfgh.com
    mbrandess@sugarfgh.com
    joconnor@sugarfgh.com
    mmelickian@sugarfgh.com
    bkdocket@sugarfgh.com

259719 2012686v1

33. Aaron L. Hammer on behalf of Creditor Committee *The Official Committee of Unsecured Creditors of Trainer Glass Company*
ahammer@sugarfgh.com
mbrandess@sugarfgh.com
joconnor@sugarfgh.com
mmelickian@sugarfgh.com
bkdocket@sugarfgh.com

34. John F. Hiltz on behalf of Creditor *Katherine McNeel*
jhiltz@hiltzlaw.com
kwantuch@hiltzlaw.com

35. Michael B. Kind on behalf of Creditor *Austin Building Company*
mkind@edwardswildman.com

36. Michael B. Kind on behalf of Creditor *Austin Commercial L.P.*
mkind@edwardswildman.com

37. Carl N. Kunz III on behalf of Creditor *DCT Pecos LLC*
ckunz@morrisjames.com
wweller@morrisjames.com
jdawson@morrisjames.com

38. Caroline Kwak on behalf of Creditor *Steadfast Insurance Company*
ckwak@cohonraizes.com

39. Patrick S. Layng on behalf of the *Office of the U.S. Trustee, Region 11*
USTPRegion11.ES.ECF@usdoj.gov

40. Thomas S. Leo on behalf of Creditor *Ace Insurance Company*
sleo@leoweber.com
mwargo@leoweber.com

41. John A. Lipinsky on behalf of Creditor *Enterprise FM Trust*
jlipinsky@comananderson.com
khaskell@comananderson.com
kdavis@comananderson.com

42. John A. Lipinsky on behalf of Creditor *Enterprise Fleet Management, Inc.*
jlipinsky@comananderson.com
khaskell@comananderson.com
kdavis@comananderson.com

43. Frank Marco on behalf of Creditor *Iron Workers Local Union No. 63*

        fmarco@gregoriolaw.com
        nforbes@gregoriolaw.com

44. Adrian E. Mazar on behalf of Creditor *Sean O'Dowd*
    mazaresq@hsplegal.com

45. Jenna L. Miara on behalf of Creditor *Scort Christy*
    mweiner@hsplegal.com

46. Kevin H. Morse on behalf of Debtor *Trainor Glass Company*
    khmorse@arnstein.com

47. Michelle G. Novick on behalf of Debtor *Trainor Glass Company*
    mgnovick@arnstein.com
    lcsolomon@arnstein.com

48. Michelle G. Novick on behalf of Defendant *Trainor Glass Company*
    mgnovick@arnstein.com
    lcsolomon@arnstein.com

49. Michelle G. Novick on behalf of Interested Party *Hilco Fixed Asset Recovery, LLC*
    mgnovick@arnstein.com
    lcsolomon@arnstein.com

50. Sven T. Nylen on behalf of Creditor *White Construction Company*
    sven.nylen@klgates.com
    teresa.gomez@klgates.com

51. Lars A. Peterson on behalf of Creditor *First Midwest Bank*
    lapeterson@foley.com
    khall@foley.com

52. Douglas Petrovic on behalf of Attorney *Arnstein & Lehr LLP*
    dpetrovic@ridgeassoc.com
    dougpetrovic@yahoo.com

53. Cornelius F. Riordan on behalf of Creditor *Fidelity and Deposit Company of Maryland*
    criordan@rmp-llc.om

54. Brian L. Shaw on behalf of Interested Party *Edwin J. Trainor*
    Bshaw100@shawfishman.com
    bharrington@shawfishman.com

55. James B. Sowka on behalf of Creditor *Forrester Construction Company*
    jsowka@seyfarth.com
    chidocket@seyfarth.com
    ctholen@seyfarth.com

259719 2012686v1

56. Miriam R. Stein on behalf of Debtor *Trainor Glass Company*
    mrstein@arnstein.com
    jbmedziak@arnstein.com

57. Kathy Wantuch on behalf of Plaintiff *Katherine McNeel*
    kwantuch@hiltzlaw.com
    jhiltz@hiltzlaw.com

58. Brian P. Welch on behalf of Debtor *Trainor Glass Company*
    bpwelch@arnstein.com

259719 2012686v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| TRAINOR GLASS COMPANY, | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | |
| Trainor Solar, and Trainor Florida, | Hon. Carol A. Doyle |
| Debtor. | |

**BOND SAFEGUARD INSURANCE CO. AND LEXON INSURANCE CO.'S MOTION FOR BRIEFING AND HEARING SCHEDULE ON ITS MOTION FOR CLARIFICATION OF FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL; OR IN THE ALTERNATIVE, SEEKING RECONSIDERATION OF THE ORDER AUTHORIZING USE OF CASH COLLATERAL; AND MOTION FOR RELIEF FROM THE STAY TO ALLOW USE OF TRUST FUNDS BY BOND SAFEGUARD INSURANCE CO. AND LEXON INSURANCE CO.**

Bond Safeguard Insurance Co. ("BSIC") and Lexon Insurance Co. ("Lexon", collectively with BSIC, "Bond Safeguard" or "Movant"), by and through its undersigned counsel, move for a briefing and hearing schedule (the "Scheduling Motion"), on its motion for clarification of final order authorizing use of cash collateral or in the alternative seeking reconsideration of the order authorizing use of cash collateral and for relief from stay to allow use of trust funds by Bond Safeguard (the "Bond Safeguard Surety Rights Motion") and its motion to lift the automatic stay *nunc pro tunc* and authorizing the sureties to set off funds and/or exercise recoupment (the "Bond Safeguard Motion For Relief", collectively, the "Bond Safeguard Motions"). In support of this Scheduling Motion, Bond Safeguard states:

1.  The Bond Safeguard Surety Rights Motion was filed on May 10, 2012 (Docket 197). The purpose of the Bond Safeguard Surety Rights Motion, among others, was to confirm

10

that the Cash Collateral Order (Docket No. 98) did not expand First Midwest Bank's rights, and correspondingly contract Bond Safeguard's rights in contract balances and the proceeds of contract funds, and to allow Bond Safeguard to use contract balances to pay for completion of the Bond Safeguard bonded contracts.  Similarly, the Bond Safeguard Motion for Relief was filed on February 15, 2013 (Docket No. 795) seeking authorization for Bond Safeguard to use contract funds to complete bonded contracts and to authorize Bond Safeguard to exercise set off and/or recoupment. The Bond Safeguard Motions are incorporated herein by reference.

2. Since May of 2012, the Bond Safeguard Surety Rights Motion and since February 2013, the Bond Safeguard Motion for Relief have been continued from time to time by agreement of the parties.  This has been done to allow the Debtor, First Midwest Bank and Bond Safeguard to pursue settlement of the issues raised by the Bond Safeguard Motions.

3. On or about February 15, 2013, the Debtor commenced an adversary proceeding against Bond Safeguard at A.P. No. 13-209 seeking a variety of relief including an injunction of an indemnity action pending in Michigan, an accounting from Bond Safeguard, recovery of alleged indirect preference payments and disallowance of Bond Safeguard's claim under Section 502(d).[1]

4. Accordingly, it now appears that further delay in resolving the issues raised by the Bond Safeguard Motions is not likely to facilitate settlement of the issues raised by the Bond Safeguard Motions or confirmation of a plan.  For these reasons, it is in the interest of all parties to have the Bond Safeguard Motions fully briefed by the parties and promptly decided by this Court.

---

[1] The Counts seeking disallowance of the claim are questionable in that Bond Safeguard's liability under Section 547 of the Code has not been established.

5. Bond Safeguard's draft order proposes a briefing schedule and a hearing in June 2013, at a date to be selected by the court for its convenience.[2]

WHEREAS, Bond Safeguard requests that this Court enter an Order granting this Motion and setting a briefing and hearing schedule for the Bond Safeguard Motions.

| | |
|---|---|
| Dated: April 9, 2013 | BOND SAFEGUARD INSURANCE CO. AND LEXON INSURANCE CO. |
| | /s/ Patrick G. Donnelly |
| | Patrick G. Donnelly, Esq. |
| | Donnelly, Lipinski & Harris, LLC |
| | 29 S. La Salle, Suite 1210 |
| | Chicago, IL 60603 |
| | (312) 564-5210 |
| | (312) 564-5230 (fax) |
| | pdonnelly@dlhlawoffices.com |
| | |
| | Local Counsel for Bond Safeguard Insurance Co. and Lexon Insurance Co. |
| | |
| | And |
| | |
| | Harris Beach PLLC |
| | Bruce L. Maas, Esq. |
| | 99 Garnsey Road |
| | Pittsford, NY 14534 |
| | (518) 419-8650 |
| | (518) 419-8811 (fax) |
| | bmaas@harrisbeach.com |
| | |
| | Harris Beach PLLC |
| | Lee E. Woodard, Esq. |
| | Kelly C. Griffith, Esq. |
| | 333 West Washington St. |
| | Suite 200 |
| | Syracuse, NY 13202 |
| | (315) 423-7100 |
| | (315) 422-9331 (fax) |
| | lwoodard@harrisbeach.com |
| | kgriffith@harrisbeach.com |
| | |
| | Counsel for Bond Safeguard Insurance Co. and Lexon Insurance Co. |

---

[2] The Court will note that Fidelity and Deposit Company of Maryland had filed a motion similar to the Bond Safeguard Surety Rights Motion, and just recently filed a Motion seeking the same relief requested herein. Given that the issues in both sureties Motions are similar, it is respectfully suggested that the briefing schedule and hearings should be held jointly in the interest of judicial economy.