**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | **Case No. 12 B 09458** |
| **d/b/a Trainor Modular Walls,** | ) | |
| **Trainor Solar, and Trainor Florida,** | ) | **Hon. Carol A. Doyle** |
| **Debtor.** | ) | |
| | ) | **Date: November 6, 2013** |
| | ) | **Time: 10:30 a.m.** |

## NOTICE OF MOTION

To: See Attached Service List

PLEASE TAKE NOTICE that on **November 6, 2013 10:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL, (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK,** at which time and place you may appear as you see fit.

**TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession**

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100 - Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, David A. Golin, an attorney, certify that I caused a copy of the foregoing **NOTICE OF MOTION** and **DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL, (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**, to be served on the parties listed on the attached service lists by the Court's ECF System to those entities entitled to electronic service or by U.S. mail, postage pre-paid, on October 30, 2013.

By: /s/ David A. Golin
One of Its Attorneys

## SERVICE LIST

*Via ECF*

- **Mark E Abrams** abramspc@aol.com
- **George P Apostolides** gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **George P Apostolides** gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **Kenneth J Ashman** kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- **Mark D Belongia** mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- **Robert R Benjamin** rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Beverly A Berneman** baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Brendan G Best** bbest@schaferandweiner.com
- **Richard A Bixter** richard.bixter@hklaw.com
- **Paul A Brocksmith** paul@brocklaw.com
- **William J. Bryan** wbryanlaw@comcast.net
- **Daniel E Budorick** dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- **Megan M Burke** mburke@rmp-llc.com
- **Steven B Chaiken** schaiken@ag-ltd.com, lhope@ag-ltd.com
- **Aaron B Chapin** achapin@reedsmith.com
- **Barry A Chatz** bachatz@arnstein.com, jbmedziak@arnstein.com
- **Albert L Chollet** achollet@wthf.com, cdrexler@wthf.com
- **Rosanne Ciambrone** rciambrone@duanemorris.com, jkahane@duanemorris.com
- **Timothy J Conklin** tconklin@fosterbuick.com, smaahs@fosterbuick.com
- **Francisco Connell** fconnell@chuhak.com, hcummins@chuhak.com
- **Boyd A Correll** acorrell@caudlespears.com
- **Joseph E Cotterman** joe@andantelaw.com, jessica@andantelaw.com;brittany@andantelaw.com;kara@andantelaw.com;ashley@andantelaw.com
- **Gabriel A Crowson** gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- **Michael L Cummings** michael@esb-law.com
- **Anthony J. D'Agostino** ajdagostino@golanchristie.com, lreuther@golanchristie.com,mperez@golanchristie.com,aprior@golanchristie.com,asimmons@golanchristie.com,tstephenson@golanchristie.com
- **Amy E Daleo** adaleo@cohonraizes.com
- **Michael J. Davis** mdavis@archerbay.com, davislaw80@gmail.com
- **Jason J DeJonker** jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- **Shelly A. DeRousse** sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- **John S. Delnero** john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com
- **John S. Delnero** john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com

- **Patrick G Donnelly** pdonnelly@dlhlawoffices.com
- **Patrick G Donnelly** pdonnelly@dlhlawoffices.com
- **Jeremy M Downs** jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael J Dudek** mdudek@leoweber.com, emartinez@leoweber.com
- **Michael J Dudek** mdudek@leoweber.com, emartinez@leoweber.com
- **Jeffrey D Eaton** jeaton@schiffhardin.com
- **Deborah K Ebner** dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- **John Eggum** jeggum@fgppr.com
- **Travis J Eliason** teliason@kdlegal.com
- **Timothy D. Elliott** telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- **Marcia P Ellsworth** mellsworth@prklaw.com
- **Earle Erman** eerman@ermanteicher.com, druhlandt@ermanteicher.com
- **Thomas R. Fawkes** tfawkes@freeborn.com, bkdocketing@freeborn.com
- **Michelle L Feola** mfeola@frltd.com
- **Edward F. Filer** efiler@freeborn.com, cryan@freeborn.com
- **Zachary J Garrett** zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael L. Gesas** mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Michael L. Gesas** mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Steven A Ginther** ndilecf@dor.mo.gov
- **Jonathan D. Golding** jgolding@goldinglaw.net
- **Richard N Golding** rgolding@goldinglaw.net
- **David A. Golin** dagolin@arnstein.com, mgonzalez@arnstein.com
- **Geoffrey S. Goodman** ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Geoffrey S. Goodman** ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Karen R Goodman** kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- **Joshua D. Greene** jgreene@archerbay.com
- **Aaron L. Hammer** ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- **John F Hiltz** jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- **Brian J Jackiw** bjackiw@freeborn.com, bkdocketing@freeborn.com
- **Lindsay James** ljames@smv-law.com, jsiciliano@smv-law.com
- **Christopher Johnson** cgschifflaw@gmail.com
- **Patrick M. Jones** pmj@greensfelder.com, je@greensfelder.com
- **Michael Joyce** mjoyce@crosslaw.com, smacdonald@crosslaw.com
- **Michael B Kind** mkind@edwardswildman.com
- **Carl N Kunz III** ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Caroline Kwak** ckwak@cohonraizes.com
- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo** sleo@leoweber.com, mwargo@leoweber.com
- **Marc S Lipinski** mlipinski@dlhlawoffices.com

- **John A Lipinsky** jlipinsky@comananderson.com, khaskell@comananderson.com;kdavis@comananderson.com
- **Frank Marco** fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- **Matthew G Martinez** matthew.martinez@sidley.com, efilingnotice@sidley.com
- **Adrian E Mazar** mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- **Mark Melickian** mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- **Alexander M Memmen** amm@memmenlaw.com
- **Jenna L Miara** mweiner@hsplegal.com
- **Jeffrey M Monberg** jmonberg@kdlegal.com, jfik@kdlegal.com
- **Michael C. Moody** mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **James E. Morgan** jem@h2law.com, smckinney@howardandhoward.com
- **Kevin H Morse** khmorse@arnstein.com
- **Kevin H Morse** khmorse@arnstein.com
- **Brendan J. Nelligan** bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- **David A. Newby** dnewby@comananderson.com, ejurgenson@comananderson.com
- **Michelle G Novick** mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen** sven.nylen@klgates.com, teresa.gomez@klgates.com
- **James O'Connell-Miller** leighton.oconnellmiller@bryancave.com
- **Lindsey Olson** lindsey@theolsonfirm.com
- **Joel R Page** jpage@rmp-llc.com
- **Lars A Peterson** lapeterson@foley.com, khall@foley.com
- **Douglas Petrovic** dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- **Eric S Playter** eplayter@dunndavison.com
- **John M. Riccione** jriccione@agdglaw.com
- **Cornelius F Riordan** criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Cornelius F Riordan** criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Rebecca M Rothmann** rebecca.rothmann@wilsonelser.com
- **Brianna M Sansone** bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- **Scott A Semenek** scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw** bshaw100@shawfishman.com, bharrington@shawfishman.com
- **James B. Sowka** jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- **David J Stein** dstein@pretzel-stouffer.com
- **Joseph M Tiller** jtiller@jonesday.com
- **Danielle N Twait** dtwait@lathropgage.com, cbelue@lathropgage.com;BHolland@LATHROPGAGE.COM;AStewart@LATHROPGAGE.COM
- **David J Valdini** dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- **Eric L Walberg** ewalberg@walberglaw.com
- **Kathy Wantuch** kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Kathy Wantuch** kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Michael I. White** mwhit1967@aol.com

- **Jeff A Whitehead** jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- **Thomas C. Wolford** twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- **Stefanie Wowchuk McDonald** stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

***Via First Class Mail***

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*(Counsel for Viracon, Inc.)*

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway, Suite 560
Plano, TX 70593

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel for Dallas County and Kaufman County)*

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
*(Counsel for Round Rock ISD)*

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
*(Counsel for Katherine McNeel)*

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
*(Counsel for White Construction Company)*

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
*(Counsel for LTS Drafting & Engineering)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602

Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034
*(Counsel for BAV, Inc.)*

Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue, Suite 3050
Austin, TX 78701
*(Counsel for Flintco, Inc.)*

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
811 Mill Street
Wichita Falls, TX 76301

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel for Carrollton-Farmers Branch Independent School District)*

Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
*(Counsel for The Texas Comptroller of Public Accounts and Texas Workforce Commission)*

Bill Schuette
Attorney General for the State of Michigan
G. Mennen Williams Building, 7th Floor
525 Ottawa St.
Lansing, MI 48909
*(Counsel for Unemployment Insurance Agency)*

Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606
*(Counsel to Austin Building Company and Austin Commercial L.P.)*

State of Michigan
Dept. of Licensing & Regulatory Affairs
P.O. Box 30004
Lansing, MI 48909

Nancy L. Hirsch
Reibman, Hoffman, Baum, Hirsch & O'Toole
20 N. Clark Street, Suite 1700
Chicago, IL 60602

State of Michigan
Department of Treasury
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Robert D. Wolford
Miller Johnson
Calder Plaza Building
250 Monroe Avenue NW Suite 800
Grand Rapids, Michigan 49503-2250

Lee E. Woodard
333 West Washington Street, Suite 200
Syracuse, NY 13202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | **Case No. 12 B 09458** |
| **d/b/a Trainor Modular Walls,** | ) | |
| **Trainor Solar, and Trainor Florida,** | ) | **Hon. Carol A. Doyle** |
| **Debtor.** | ) | |
| | ) | **Date: November 6, 2013** |
| | ) | **Time: 10:30 a.m.** |

**DEBTOR'S MOTION FOR FURTHER EXTENSION OF THE TERMINATION DATE OF THE FINAL ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL; (B) INCUR POSTPETITION DEBT; AND (C) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO FIRST MIDWEST BANK**

Trainor Glass Company, debtor and debtor in possession ("Trainor" or the "Debtor"), by its attorneys, hereby seeks the entry of an order further extending the Termination Date of the Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to First Midwest Bank (the "Final Cash Collateral/DIP Financing Order"), and in support, respectfully states as follows:

## Jurisdiction and Venue

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105, 361, 362, 363 and 364 of the Bankruptcy Code, Rules 2002, 4001 and 9014 of the Bankruptcy Rules and Rule 4001-2 of the Local Rules.

## Cash Collateral/DIP Financing Orders

4. On March 9, 2012 (the "Petition Date"), Trainor filed a voluntary petition for relief under chapter 11 of title 11, United States Court (the "Bankruptcy Code"). Trainor

remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in this chapter 11 case. On March 27, 2012, an Official Committee of Unsecured Creditors (the "Committee") was appointed in this case by the U.S. Trustee.

5. On March 15, 2012, this Court held a preliminary hearing on the Debtor's Motion for Entry of Interim Order, And After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank (the "Cash Collateral/DIP Financing Motion").

6. On March 23, 2012, this Court entered an Order Authorizing Debtor's Motion For Entry of Interim Order and, After Further Notice and Hearing, Final Order Authorizing Debtor To: (A) Use Cash Collateral; (B) Incur Postpetition Debt; and (C) Grant Adequate Protection and Provide Security and Other Relief To First Midwest Bank (the "Interim Cash Collateral/DIP Financing Order").

7. On April 10, 2012, after further notice and a hearing, this Court entered the Final Cash Collateral / DIP Financing Order. The Final Cash Collateral/DIP Financing Order provides for the Debtor's use of cash collateral and DIP financing pursuant to an initial Budget, which ran from the week ended March 16, 2012 through the week ended May 11, 2012, and as amended, modified or supplemented from time to time, as may be agreed to by the Postpetition Lender and the Committee.

8. On or about May 10, 2012, the Budget was amended and supplemented to provide for the Debtor's use cash collateral and DIP financing through the week ending June 1, 2012.

9. On or about June 1, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through the week ending June 29, 2012.

10. On or about June 29, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through September 30, 2012.

11. On or about September 28, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through January 9, 2013.

12. On or about December 28, 2012, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through April 12, 2013.

13. On or about April 10, 2013, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through June 30, 2013.

14. On or about July 18, 2013, the Budget was further amended and supplemented to provide for the Debtor's use of cash collateral and DIP financing through October 31, 2013

15. Under the Final Cash Collateral/DIP Financing Order, as amended by order dated July 18, 2013, the Termination Date is defined as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for any Committee of the occurrence and continuance of an Event of Default; and (b) November 13, 2013, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond November 13, 2013.

**Further Amended / Supplemental Budget, and Extension of Termination Date of Final Cash Collateral/DIP Financing Order**

16. First Midwest Bank, in its capacity as Postpetition Lender (the "Postpetition Lender"), has agreed to a further amended and supplemental budget (the "Eighth Amended and

Supplemental Budget") which runs through December 31, 2013. A copy of the Eighth Amended and Supplemental Budget is attached hereto as Exhibit A.

17. Pursuant to the terms of the Final Cash Collateral/DIP Financing Order, the Eighth Amended and Supplemental Budget shall be incorporated as part of the Budget.

18. As a result of the agreement to further extend the term of the Budget, the Postpetition Lender and the Debtor have agreed that the definition of Termination Date should be amended to read as follows:

> At the Postpetition Lender's election, the earlier to occur of: (a) the date on which Postpetition Lender provides, via facsimile or overnight mail, written notice to counsel for the Debtor and counsel for the Committee of the occurrence and continuance of an Event of Default; and (b) January 15, 2014, unless the Postpetition Lender shall have agreed in writing to a Budget providing for the use of Cash Collateral beyond January 15, 2014.

19. The Committee supports the relief requested in this motion.

WHEREFORE, the Debtor prays for the entry of an order further extending the Termination Date of the Final Cash Collateral/DIP Financing Order as set forth above.

Respectfully submitted,
TRAINOR GLASS COMPANY,
Debtor and Debtor in Possession

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

11268959.1