**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Trainor Glass Company, | ) | Case No. 12-09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor. | ) | Hearing: March 5, 2014 at 10:00 a.m. |

**NOTICE OF MOTION**

*Please take notice* that on **March 5, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Second and Final Application of Protiviti, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Trainor Glass Company*, at which time and place you may appear as you see fit.

If you have any objection to the Application, please file and serve the objection by **March 3, 2014**.

Date: February 5, 2014

*Protiviti, Inc.*

By:  /s/  Aaron L. Hammer
         One of the Committee's Attorneys

Aaron L. Hammer, Esq. (6243069)
Mark S. Melickian, Esq. (1263315)
Jack O'Connor, Esq. (6302674)
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile:   312.372.7951

*Counsel to the Official Committee of Unsecured Creditors of Trainor Glass Company*

## CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury that on February 5, 2014, a true and correct copy of the *Second and Final Application of Protiviti, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Trainor Glass Company* was served via the Court's CM/ECF system upon all registered counsel and parties of record on the attached Service List.

Date: February 5, 2014           By: /s/ Aaron L. Hammer

## Service List

- Mark E Abrams  abramspc@aol.com
- George P Apostolides  gpapostolides@arnstein.com, jbmedziak@arnstein.com
- Kenneth J Ashman  kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- Mark D Belongia  mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- Robert R Benjamin  rrbenjamin@golanchristie.com, lreuther@golanchristie.com; mperez@golanchristie.com; myproductionss@gmail.com; asimmons@golanchristie.com; tstephenson@golanchristie.com
- Beverly A Berneman.  baberneman@golanchristie.com, lreuther@golanchristie.com; mperez@golanchristie.com; myproductionss@gmail.com; asimmons@golanchristie.com; tstephenson@golanchristie.com
- Brendan G Best  bbest@schaferandweiner.com
- Richard A Bixter  richard.bixter@hklaw.com
- Paul A Brocksmith  paul@brocklaw.com
- William J. Bryan  wbryanlaw@comcast.net
- Daniel E Budorick  dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- Megan M Burke  mburke@rmp-llc.com
- Steven B Chaiken  schaiken@ag-ltd.com, lhope@ag-ltd.com
- Aaron B Chapin  achapin@reedsmith.com
- Barry A Chatz  bachatz@arnstein.com, jbmedziak@arnstein.com
- Albert L Chollet  achollet@wthf.com, cdrexler@wthf.com
- Rosanne Ciambrone  rciambrone@duanemorris.com, jkahane@duanemorris.com
- Timothy J Conklin  tconklin@fosterbuick.com, smaahs@fosterbuick.com
- Francisco Connell  fconnell@chuhak.com, hcummins@chuhak.com
- Boyd A Correll  acorrell@caudlespears.com
- Gabriel A Crowson  gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- Gabriel A Crowson  gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- Michael L Cummings  michael@esb-law.com
- Anthony J. D'Agostino  ajdagostino@golanchristie.com, lreuther@golanchristie.com, mperez@golanchristie.com, aprior@golanchristie.com, asimmons@golanchristie.com, tstephenson@golanchristie.com
- Amy E Daleo  adaleo@cohonraizes.com
- Michael J. Davis  mdavis@archerbay.com, davislaw80@gmail.com
- Jason J DeJonker  jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- Shelly A. DeRousse  sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- John S. Delnero.  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com
- Patrick G Donnelly  pdonnelly@dlhlawoffices.com
- Jeremy M Downs  jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Michael J Dudek  mdudek@leoweber.com, emartinez@leoweber.com
- Jeffrey D Eaton  jeaton@schiffhardin.com

- Deborah K Ebner dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- John Eggum jeggum@fgppr.com
- Travis J Eliason teliason@kdlegal.com
- Timothy D. Elliott telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- Marcia P Ellsworth mellsworth@prklaw.com
- Earle Erman eerman@ermanteicher.com, druhlandt@ermanteicher.com
- Thomas R. Fawkes tfawkes@freeborn.com, bkdocketing@freeborn.com
- Michelle L Feola. mfeola@frltd.com
- Edward F. Filer efiler@freeborn.com, cryan@freeborn.com
- Zachary J Garrett zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Michael L. Gesas mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- Steven A Ginther ndilecf@dor.mo.gov
- Jonathan D. Golding jgolding@goldinglaw.net
- Richard N rgolding@goldinglaw.net
- David A. Golin dagolin@arnstein.com, mgonzalez@arnstein.com
- Geoffrey S. Goodman ggoodman@foley.com, egreen@foley.com;khall@foley.com
- Karen R Goodman, ESQ kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- Joshua D. Greene jgreene@archerbay.com, llarson@archerbay.com
- John F Hiltz jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- Brian J Jackiw. bjackiw@freeborn.com, bkdocketing@freeborn.com
- Lindsay James ljames@smv-law.com
- Christopher Johnson cgschifflaw@gmail.com
- Patrick M. Jones pmj@greensfelder.com, je@greensfelder.com
- Michael Joyce mjoyce@crosslaw.com, smacdonald@crosslaw.com
- Michael B Kind mkind@edwardswildman.com
- Carl N Kunz III ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Caroline Kwak ckwak@cohonraizes.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Thomas S. Leo sleo@leoweber.com, mwargo@leoweber.com
- Marc S Lipinski mlipinski@dlhlawoffices.com
- John A Lipinsky jlipinsky@comananderson.com, khaskell@comananderson.com;kdavis@comananderson.com
- Frank Marco fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- Matthew G Martinez matthew.martinez@sidley.com, efilingnotice@sidley.com
- Adrian E Mazar mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- Alexander M Memmen amm@memmenlaw.com
- Jenna L Miara mweiner@hsplegal.com
- Jeffrey M Monberg jmonberg@kdlegal.com, jfik@kdlegal.com
- Michael C. Moody mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
- James E. Morgan jem@h2law.com, smckinney@howardandhoward.com
- Kevin H Morse khmorse@arnstein.com
- Brendan J. Nelligan. bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- David A. Newby dnewby@comananderson.com, ejurgenson@comananderson.com
- Michelle G Novick mgnovick@arnstein.com, lcsolomon@arnstein.com
- Sven T Nylen sven.nylen@klgates.com, teresa.gomez@klgates.com
- James O'Connell-Miller leighton.oconnellmiller@bryancave.com
- Lindsey Olson lindsey@theolsonfirm.com
- Joel R Page, Jr jpage@rmp-llc.com

3

- Lars A Peterson lapeterson@foley.com, khall@foley.com
- Douglas Petrovic dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- Eric S Playter eplayter@dunndavison.com
- John M. Riccione jriccione@agdglaw.com
- Cornelius F Riordan criordan@rmp-llc.com, egrubb@rmp-llc.com
- Rebecca M Rothmann rebecca.rothmann@wilsonelser.com
- Brianna M Sansone bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- Scott A Semenek scott.semenek@faegrebd.com, droberg@faegrebd.com
- Brian L Shaw bshaw100@shawfishman.com, bharrington@shawfishman.com
- James B. Sowka jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- David J Stein dstein@pretzel-stouffer.com
- Joseph M Tiller jtiller@jonesday.com
- Danielle N Twait dtwait@lathropgage.com, cbelue@lathropgage.com; BHolland@LATHROPGAGE.COM; AStewart@LATHROPGAGE.COM
- David J Valdini dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- Eric L Walberg ewalberg@walberglaw.com
- Kathy Wantuch kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- Michael I. White mwhit1967@aol.com
- Jeff A Whitehead jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- Thomas C. Wolford twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- Stefanie Wowchuk McDonald stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re                                    )
                                         )
                                         )      Bankruptcy No. _____
                                         )
                        Debtor.          )      Chapter         _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:    $_____

Amount of Expense Reimbursement Sought:   $_____

This is an:       Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____      _____
                                                              (Counsel)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Trainor Glass Company, ) | Case No. 12-09458 |
| d/b/a Trainor Modular Walls, ) | |
| Trainor Solar, and Trainor Florida, ) | Honorable Carol A. Doyle |
| ) | |
| Debtor. ) | |

**SECOND AND FINAL APPLICATION OF PROTIVITI, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRAINOR GLASS COMPANY**

Protiviti, Inc. ("*Protiviti*"), as financial advisor to the Official Committee of Unsecured Creditors (the "*Committee*") of Trainor Glass Company ("*Trainor*" or the "*Debtor*"), through counsel submits this *Second and Final Interim Application of Protiviti, Inc. for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors of Trainor Glass Company* (the "*Application*") under §§ 330 and 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Rule 5082-1 of the Local Bankruptcy Rules (the "*Local Rules*") and in accordance with the Court's *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* (the "*Compensation Order*"),[1] the *Debtor's & Official Committee of Unsecured Creditors' Second Amended Joint Plan of Liquidation* (the "*Plan*"),[2] and the Court's order confirming the Plan (the "*Confirmation Order*").[3] In support of the Application, Protiviti states:

---

[1] (Dkt. 81.)

[2] (Dkt. 1571.)

[3] (Dkt. 1674.)

## JURISDICTION & VENUE

1. This Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code and Local Rule 5082-1. This is a core proceeding under § 157(b)(2) of title 28 of the United States Code. Venue is proper in this district under §§ 1408 and 1409 of title 28 of the United States Code.

2. The statutory predicates for the relief requested in this Application are §§ 328, 503(b), and 507(a)(1) of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 5082-1.

## BACKGROUND

3. This Application is Protiviti's second and final request for allowance of fees and reimbursement of expenses. By this Final Fee Application, Protiviti seeks an order allowing and approving final compensation in the amount of **$61,917.00** for professional services rendered by Protiviti to the Committee as its financial advisor from March 4, 2013 through and including January 8, 2014 (the "*Fee Application Period*"), and reimbursement of **$0.00** in actual and necessary expenses and disbursements incurred during the Fee Application Period.

4. Trainor filed a voluntary petition for chapter 11 bankruptcy protection on March 9, 2012 (the "*Petition Date*"), opening this chapter 11 case (the "*Case*"). Soon thereafter, the United States Trustee appointed the Committee to represent the interests of Trainor's unsecured creditors under § 1102 of the Bankruptcy Code.[4]

5. On April 10, 2012, the Court entered the Compensation Order, which authorizes each professional retained in this case, including Protiviti, to file and serve on the parties identified in the Compensation Order (the "*Notice Parties*") monthly statements of fees and expenses. If no timely objection is filed before the expiration of the objection period, the Debtor

---

[4] *See* (Dkt. 31.)

is authorized to pay the professional 80% of the fees and 100% of the expenses requested in the monthly statements, subject to the applicable cash collateral orders and budgets.

6. The Committee submitted an application to the Court on March 4, 2013 seeking to employ Protiviti as its financial advisor, which the Court granted on March 13, 2013.[5]

7. In accordance with the Compensation Order, Protiviti filed an interim application for compensation and reimbursement of expenses (the "*First Interim Application*") on September 10, 2013, requesting fees in the amount of $32,260.00 and reimbursement of expenses in the amount of $0.00.[6] On October 2, 2013, the Court granted the First Interim Application and awarded Protiviti $32,260.00.[7] The First Interim Application is attached here as *Exhibit A*.

8. Protiviti also filed six monthly statements (the "*Monthly Statements*") following the First Interim Application,[8] summarized below:

| Monthly Period (Dkt. #) | Gross Fees | Fees Sought (80%) | Fees Withheld (20%) | Expenses Sought (100%) |
|---|---|---|---|---|
| August 2013 (Dkt. 1464) | $2,688.00 | $2,150.40 | $537.60 | $0.00 |
| September 2013 (Dkt. 1510) | $10,151.00 | $8,121.80 | $2,030.20 | $0.00 |
| October 2013 (Dkt. 1589) | $1,898.00 | $1,518.40 | $379.60 | $0.00 |
| November 2013 (Dkt. 1669) | $9,516.00 | $7,612.80 | $1,903.20 | $0.00 |
| December 2013 (Dkt. 1708) | $5,188.00 | $4,150.40 | $1,037.60 | $0.00 |
| January 2014 (Dkt. 1713) | $216.00 | $172.80 | $43.20 | $0.00 |
| **Totals** | **$29,657.00** | **$23,725.60** | **$5,931.40** | **$0.00** |

The Monthly Statements are attached here as *Exhibit B*. No objections to the Monthly Statements were filed.

---

[5] (Dkts. 835, 861.)

[6] (Dkt. 1410.)

[7] (Dkt. 1467.)

[8] Protiviti did not submit monthly statements for June or July 2013, as it did not have any billable time or expenses for which it sought compensation.

9. Under the Compensation Order, the Court's order approving the First Interim Application,[9] and the Monthly Statements, Protiviti has received interim payments of fees totaling $40,116.80. Presuming this Final Fee Application is allowed in full, Protiviti shall be due a total amount of compensation for fees and expenses equal to $21,800.20.

10. On December 20, 2013, the Court entered the Confirmation Order. A notice of Plan confirmation was later filed,[10] setting January 9, 2014 as the Plan Effective Date, at which time the Committee dissolved, ending Protiviti's engagement as the Committee's financial advisor in this Case. Protiviti now seeks final approval of its fees and expenses in this Case upon the conclusion of its engagement by the Committee.

### NARRATIVE SUMMARY OF SERVICES RENDERED

11. All of the services for which compensation is requested were rendered to or for the benefit of the Committee in connection with this Case. The time described in the billing statements attached here represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by Protiviti's professionals who rendered the described services. In certain instances, the time reflected in the statements has been reduced in an effort by Protiviti to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

12. Protiviti's hourly rates of compensation for its professionals during the Fee Application Period range from $260.00 to $620.00. Protiviti consistently and consciously made every reasonable effort to represent the Committee in the most economical, efficient and practical manner possible.

---

[9] (Dkt. 1467.)

[10] (Dkt. 1684.)

A.     **Summary of Services Rendered**

13.    During the Fee Application Period, Protiviti spent a total of **151.10** hours providing professional services on behalf of the Committee in connection with this chapter 11 Case. In addition to those amounts charged at hourly rates, Protiviti undertook the task of providing an updated analysis of all potential avoidance actions under chapter 5 of the Bankruptcy Code held by the Debtor, at a flat fee of $10,000, billed as part of the March Monthly Statement, an activity that took more than 50 professional hours to complete.

14.    A summary of the compensation sought for the Fee Application Period, itemized by professional and paraprofessional, is set forth below:

| Name | Abbreviation | Hourly Rate | Total Hours | Fees |
|---|---|---|---|---|
| Michael Atkinson | MLA | $620 | 19.5 | $12,090.00 |
| Jason Crockett | JNC | $440 | 6.7 | $2,948.00 |
| Barry Rieger | BR | $400 | 1.9 | $760.00 |
| Andrew Frisvold | AMF | $320 | 72.8 | $23,296.00 |
| Timothy Strickler | TMS | $260 | 41.0 | $10,668.00 |
| Meghan Grant | MG | $290 | 3.5 | $1,015.00 |
| Joan Murphy | JM | $200 | 5.7 | 1,140.00 |
| March 2013 Preference Analysis | | | Flat Fee | $10,000.00 |

**Totals:        151.10        $61,917.00**

**Blended Hourly Rate for Hourly Matters:        $343.59**

15.    In an effort to provide the Court and parties in interest with information concerning the nature and amount of services rendered during the Fee Application Period, and in compliance with Local Rule 5082-1B and C, Protiviti has classified its services in eight distinct categories, described in further detail below. Additionally, each of these categories of services is identified in Protiviti's detailed time entries in the First Interim Fee Application and Monthly Statements, attached to this Application as *Exhibits A*, and *B*, respectively.

5

1) *Case Administration*

This category includes time spend on general case matters, including review and analysis of the Debtor's schedules and records, conducting internal conflicts checks, corresponding with various parties in interest in this Case and conducting payment and invoice reconciliation. This category also includes time spent on more than one discrete matter by Protiviti's professionals.

**Case Administration**

| Name | Hours | Gross Fees |
|---|---|---|
| Michael Atkinson | 0.5 | $310.00 |
| Jason Crockett | 0.5 | $220.00 |
| Andrew Frisvold | 4.3 | $1,568.00 |
| **Total** | **5.3** | **$1,906.00** |

2) *Claims Administration & Objections*

This category includes time spent analyzing specific claim inquiries and bar date motions, including reviewing filed claims for duplicity and potential liability.

**Claims Administration & Objections**

| Name | Hours | Gross Fees |
|---|---|---|
| Andrew Frisvold | 5.8 | $1,856.00 |
| Joan Murphy | 5.7 | $1,140.00 |
| **Total** | **11.5** | **$2,996.00** |

3) *Fee & Employment Applications*

This category includes time spent preparing and reviewing Protiviti's employment application and monthly fee statements, including the affidavit of Michael Atkinson submitted in support of Protiviti's retention application.

**Fee & Employment Applications**

| Name | Hours | Gross Fees |
|---|---|---|
| Jason Crockett | 1.1 | $484.00 |
| **Total** | **1.1** | **$484.00** |

4) *Financing*

This category includes time spent analyzing issues relating to the Debtor's prepetition lender relating to disclosures for Michael Atkinson's affidavit in support of Protiviti's retention application.

**Financing**

| Name | Hours | Gross Fees |
|---|---|---|
| Jason Crockett | 1.4 | $616.00 |
| **Total** | **1.4** | **$616.00** |

5) *Plan & Disclosure Statement*

This category includes time spent in conjunction with formulation and confirmation of the Plan, ensuring compliance with the Plan confirmation and related orders and rules and analyzing issues concerning disbursement and case closing activities.

**Plan & Disclosure Statement**

| Name | Hours | Gross Fees |
|---|---|---|
| Andrew Frisvold | 9.5 | $3,040.00 |
| **Total** | **9.5** | **$3,040.00** |

6) *Accounting & Auditing*

This category includes time spent on activities related to maintaining and auditing books of account, preparation of financial statements and accounting analyses.

**Accounting & Auditing**

| Name | Hours | Gross Fees |
|---|---|---|
| Andrew Frisvold | 3.5 | $1,120.00 |
| **Total** | **3.5** | **$1,120.00** |

7) *Data Analysis*

This category includes time spent analyzing and reviewing documentation provided to Protiviti by the Debtor to assess various aspects of the Debtor's financials in this Case, including an intensive liquidation analysis for purposes of Plan confirmation and related discussions with various parties-in-interest.

**Data Analysis**

| Name | Hours | Gross Fees |
|---|---|---|
| Michael Atkinson | 5.6 | $3,472.00 |
| Jason Crockett | 0.4 | $176.00 |
| Barry Rieger | 1.9 | $760.00 |
| Meghan Grant | 3.5 | $1,015.00 |
| Andrew Frisvold | 18.5 | $5,920.00 |
| **Total** | **29.9** | **$11,343.00** |

8) *Litigation Consulting*

This category includes time spent by Protiviti's professionals reviewing its preference analysis for purposes of making initial payment demands from various prepetition vendors and preparing documentation and exhibits for use by the Committee in prosecuting avoidance actions. Additionally, this category includes time spent analyzing preference liability issues, including issues related to the Debtor's various sureties.

7

**Litigation Consulting**

| Name | Hours | Gross Fees |
|---|---|---|
| Michael Atkinson | 13.4 | $8,308.00 |
| Jason Crockett | 3.3 | $1,452.00 |
| Timothy Strickler | 41.0 | $10,668.00 |
| Andrew Frisvold | 31.2 | $9,984.00 |
| **Total** | **88.9** | **$30,412.00** |

**B.     Expense Reimbursement**

16.    Protiviti did not incur expenses during the Fee Application Period for which it seeks compensation.

17.    Protiviti does not bill its clients or seek compensation for certain overhead expenses, such as local and long-distance telephone calls, secretarial services and facsimile transmissions. Protiviti factors in such expenses into its hourly rates.

**C.     Benefit to the Estate**

18.    The services provided and work performed by Protiviti in this Case were vital to enabling the Committee and its counsel to formulate and confirm the Plan, including without limitation, preparation of the liquidation analysis upon which the Plan was confirmed and preparing to testify in support of Plan confirmation. Protiviti also assisted the Committee and its counsel in developing strategies and negotiating with the Debtor and other interested parties with respect to the treatment of claims and interests under the Plan.

19.    Protiviti has provided valuable assistance and guidance to the Committee and its constituents in the pursuit of maximizing value for unsecured creditors in this Case. Protiviti's analysis of the Debtor's chapter 5 avoidance action claims and its involvement in this Case ensured that creditor recoveries are maximized and the most beneficial result for Trainor's various constituencies under the difficult circumstances of this Case. To date, avoidance actions have generated $1,476,700.74 in gross settlements for Trainor's estate, a result that would not have been possible without Protiviti's support.

20.     Given the criteria set forth in the Bankruptcy Code for evaluating applications for compensating professionals, namely (i) the nature, extent and value of the services; (ii) the time spent; (iii) the rates charged for such services; (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed; and (v) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters, Protiviti respectfully submits that this amount represents a fair and reasonable amount for the allowance of compensation in this case.

### D.     Protiviti Has Provided Adequate Notice and Opportunity to Object to this Final Fee Application

21.     In compliance with Bankruptcy Rule 2002(a)(6) and the Compensation Order, Protiviti has provided 21 days' notice of this Final Fee Application to (a) the Debtor and its counsel; (b) the Office of the United States Trustee; (c) counsel for First Midwest Bank; and (d) all parties requesting electronic service via the Court's CM/ECF system under Bankruptcy Rule 2002.

22.     Objections to this Final Fee Application may be made in writing by March 3, 2014, filed with the Clerk of this Court and sent to Sugar Felsenthal Grais & Hammer LLP, c/o Aaron L. Hammer, Esq., 30 N. LaSalle St., Ste. 3000, Chicago, IL 60602.

*Wherefore*, Protiviti respectfully requests that the Court enter an order that:

(a) Allows and approves final compensation to Protiviti of $61,917.00 for professional services rendered during the Fee Application Period as financial advisor to the Committee;

(b) Authorizes payment to Protiviti for amounts approved under the Final Fee Application, including those not already paid by the Debtor in the amount of $21,800.20; and

(c) Provides Protiviti with such additional relief as may be appropriate under the circumstances.

Date: February 5, 2014    *Protiviti, Inc.*

By:   /s/  Aaron L. Hammer
       One of the Committee's Attorneys

Aaron L. Hammer, Esq. (6243069)
Mark S. Melickian, Esq. (1263315)
Jack O'Connor, Esq. (6302674)
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951

*Counsel to the Official Committee of Unsecured Creditors of Trainor Glass Company*

4838-4529-5896, v. 1

10