**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | **Case No. 12 B 09458** |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | **Hon. Carol A. Doyle** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**COVER SHEET FOR SIXTH AND FINAL APPLICATION OF REES BROOME, P.C.**
**FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Name of Applicant:        Rees Broome, P.C.[1]

Authorized to Provide
Professional Services to:        Debtor-in-Possession

Date of Order Authorizing
Employment:        May 24, 2012

Period for which Compensation        May 24, 2012 through
and Reimbursement is Sought:        October 31, 2013

Total Amount of Fees:        $32,780.50

Amount of Expense Reimbursement
Sought:        $800.01


This is Rees Broome, P.C.'s
Final Fee Application


Date: February 7, 2014        TRAINOR GLASS COMPANY, debtor and
       debtor in possession


       By:   /s/ Kevin H. Morse      .

---

[1] On January 1, 2013, the attorneys of Kasimir & Annino, P.C., including Stephen J. Annino, joined RBPC. K&A has ceased operations.

11477995.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date: March 5, 2014 |
| | ) | Time: 10:00 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

    PLEASE TAKE NOTICE that on **March 5, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **SIXTH AND FINAL INTERIM APPLICATION OF REES BROOME, P.C. FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES,** at which time and place you may appear as you see fit.

                                                  **TRAINOR GLASS COMPANY,**
                                                  **Debtor and Debtor in Possession**

                                                  By:  /s/ Kevin H. Morse
                                                       One of Its Attorneys

                                                  Michael L. Gesas  (06186924)
                                                  David A. Golin  (06180517)
                                                  Kevin H. Morse  (06297244)
                                                  ARNSTEIN & LEHR LLP
                                                  120 S. Riverside Plaza, Suite 1200
                                                  Chicago, IL 60606
                                                  Tel: (312) 876-7100
                                                  Fax: (312) 876-0288

## **CERTIFICATE OF SERVICE**

      I, Kevin H. Morse, an attorney, certify that I caused a copy of the foregoing Notice of Motion and Sixth and Final Application of Rees Broome, P.C. For Compensation and Reimbursement For Expenses to be served on the parties listed on the attached service lists by the Court's ECF System to those entities entitled to electronic service or by U.S. mail, postage pre-paid, on February 7, 2014.

                                                /s/ Kevin H. Morse

# **SERVICE LIST**

*Via ECF*

- **Mark E Abrams**    abramspc@aol.com
- **George P Apostolides**    gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **George P Apostolides**    gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **Kenneth J Ashman**    kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- **Mark D Belongia**    mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- **Robert R Benjamin**    rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Beverly A Berneman**    baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Brendan G Best**    bbest@schaferandweiner.com
- **Richard A Bixter**    richard.bixter@hklaw.com
- **Paul A Brocksmith**    paul@brocklaw.com
- **William J. Bryan**    wbryanlaw@comcast.net
- **Daniel E Budorick**    dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- **Megan M Burke**    mburke@rmp-llc.com
- **Steven B Chaiken**    schaiken@ag-ltd.com, lhope@ag-ltd.com
- **Aaron B Chapin**    achapin@reedsmith.com
- **Barry A Chatz**    bachatz@arnstein.com, jbmedziak@arnstein.com
- **Albert L Chollet**    achollet@wthf.com, cdrexler@wthf.com
- **Rosanne Ciambrone**    rciambrone@duanemorris.com, jkahane@duanemorris.com
- **Bryan K Clark**    bclark@lathropgage.com
- **Timothy J Conklin**    tconklin@fosterbuick.com, smaahs@fosterbuick.com
- **Francisco Connell**    fconnell@chuhak.com, hcummins@chuhak.com
- **Boyd A Correll**    acorrell@caudlespears.com
- **Joseph E Cotterman**    joe@andantelaw.com, jessica@andantelaw.com;brittany@andantelaw.com;kara@andantelaw.com;ashley@andantelaw.com
- **Gabriel A Crowson**    gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- **Michael L Cummings**    michael@esb-law.com
- **Anthony J. D'Agostino**    ajdagostino@golanchristie.com, lreuther@golanchristie.com,mperez@golanchristie.com,aprior@golanchristie.com,asimmons@golanchristie.com,tstephenson@golanchristie.com
- **Amy E Daleo**    adaleo@cohonraizes.com
- **Michael J. Davis**    mdavis@archerbay.com, davislaw80@gmail.com
- **Jason J DeJonker**    jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- **Shelly A. DeRousse**    sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- **John S. Delnero**    john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com

- **John S. Delnero**  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Jeremy M Downs**  jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Jeffrey D Eaton**  jeaton@schiffhardin.com
- **Deborah K Ebner**  dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- **John Eggum**  jeggum@fgppr.com
- **Travis J Eliason**  teliason@kdlegal.com
- **Timothy D. Elliott**  telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- **Marcia P Ellsworth**  mellsworth@prklaw.com
- **Earle Erman**  eerman@ermanteicher.com, druhlandt@ermanteicher.com
- **Thomas R. Fawkes**  tfawkes@freeborn.com, bkdocketing@freeborn.com
- **Michelle L Feola**  mfeola@frltd.com
- **Edward F. Filer**  efiler@freeborn.com, cryan@freeborn.com
- **William A Frazell**  bill.frazell@texasattorneygeneral.gov
- **Zachary J Garrett**  zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Steven A Ginther**  ndilecf@dor.mo.gov
- **Jonathan D. Golding**  jgolding@goldinglaw.net
- **Richard N Golding**  rgolding@goldinglaw.net
- **David A. Golin**  dagolin@arnstein.com, mgonzalez@arnstein.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Karen R Goodman**  kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- **Joshua D. Greene**  jgreene@archerbay.com
- **Aaron L. Hammer**  ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- **John F Hiltz**  jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- **Brian J Jackiw**  bjackiw@freeborn.com, bkdocketing@freeborn.com
- **Lindsay James**  ljames@smv-law.com, jsiciliano@smv-law.com
- **Christopher Johnson**  cgschifflaw@gmail.com
- **Patrick M. Jones**  pmj@greensfelder.com, je@greensfelder.com
- **Michael Joyce**  mjoyce@crosslaw.com, smacdonald@crosslaw.com
- **James W Kienzle**  jkienzle@wwmlawyers.com
- **Michael B Kind**  mkind@edwardswildman.com

- **Carl N Kunz III**   ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Caroline Kwak**   ckwak@cohonraizes.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leoweber.com, mwargo@leoweber.com
- **Marc S Lipinski**   mlipinski@dlhlawoffices.com
- **John A Lipinsky**   jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com
- **Frank Marco**   fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- **Joseph Marconi**   marconij@jbltd.com, konczalc@jbltd.com
- **Matthew G Martinez**   matthew.martinez@sidley.com, efilingnotice@sidley.com
- **Adrian E Mazar**   mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- **Mark Melickian**   mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- **Alexander M Memmen**   amm@memmenlaw.com
- **Jenna L Miara**   mweiner@hsplegal.com
- **Jeffrey M Monberg**   jmonberg@kdlegal.com, jfik@kdlegal.com
- **Michael C. Moody**   mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **James E. Morgan**   jem@h2law.com, smckinney@howardandhoward.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Brendan J. Nelligan**   bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- **David A. Newby**   dnewby@comananderson.com, tmaurer@comananderson.com
- **Michelle G Novick**   mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen**   sven.nylen@klgates.com, teresa.gomez@klgates.com
- **James O'Connell-Miller**   leighton.oconnellmiller@bryancave.com
- **Lindsey Olson**   lindsey@theolsonfirm.com
- **Joel R Page**   jpage@rmp-llc.com
- **Lars A Peterson**   lapeterson@foley.com, khall@foley.com
- **Douglas Petrovic**   dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- **Eric S Playter**   eplayter@dunndavison.com
- **Gabriel Reilly-Bates**   gbates@taftlaw.com, sfdocket@taftlaw.com
- **John M. Riccione**   jriccione@agdglaw.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Rebecca M Rothmann**   rebecca.rothmann@wilsonelser.com
- **Brianna M Sansone**   bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- **Scott A Semenek**   scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw**   bshaw100@shawfishman.com, bharrington@shawfishman.com
- **James B. Sowka**   jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- **David J Stein**   dstein@pretzel-stouffer.com
- **Joseph M Tiller**   jtiller@jonesday.com
- **David J Valdini**   dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- **Eric L Walberg**   ewalberg@walberglaw.com

- **Kathy Wantuch**   kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Kathy Wantuch**   kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Michael I. White**   mwhit1967@aol.com
- **Jeff A Whitehead**   jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- **Thomas C. Wolford**   twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- **Stefanie Wowchuk McDonald**   stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

10161510.4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  March 5, 2014 |
| | ) | Time: 10:00 a.m. |

**SIXTH AND FINAL APPLICATION OF REES BROOME, P.C. FOR
COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Rees Broome, P.C. ("RBPC"), local Virginia and Washington, D.C. counsel for Trainor Glass Company, debtor and former debtor in possession (the "Debtor"), pursuant to section 330 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 81] (the "Fee Procedures Order"), applies to this Court for an entry of an order: (a) allowing compensation to RBPC in the amount of $3,639.00 for legal services rendered during the period November 1, 2013 through December 31, 2013 and reimbursement for expenses in the amount of $114.26; (b) authorizing the Liquidating Trustee of the Trainor Liquidating Trust to pay to RBPC the allowances for compensation and reimbursement for expenses for the period November 1, 2013 through December 31, 2013;  and (c) allowing, on a final basis, compensation to RBPC in the amount of $32,780.50 for legal services rendered during the period May 1, 2012 through December 31, 2013 and reimbursement to TH in the amount of $800.01 for expenses

11477992.1

incurred during the period May 1, 2012 through December 31, 2013.  In support thereof, RBPC respectfully states as follows:

**A.    Background**

1.    On March 9, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case.  On March 27, 2012, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

2.    The Debtor is an Illinois corporation that was founded in 1953 by Robert J. Trainor Sr. to pursue a residential glass business in Chicago, Illinois. The Debtor's business model was focused on quality fabrication, design, engineering, and installation of glass products and framing systems in virtually every architectural application, including (a) new construction, (b) green-building solutions, (c) building rehabilitation, (d) storefronts and entrances, (e) tenant interiors, and (f) custom-specialty work.

3.    After inception, the Debtor expanded from its base in Chicago and at one time had operations in (a) Phoenix, Arizona, (b) Denver, Virginia and Washington, D.C., (c) Jacksonville Beach, Florida, (d) Riviera Beach, Florida, (e) Atlanta, Georgia, (f) Alsip, Illinois, (g) Michigan City, Indiana, (h) South Bend, Indiana, (i) Baltimore, Maryland, (j) Detroit, Michigan, (k) Las Vegas, Nevada, (1) Kearny, New Jersey, (m) Charlotte, Virginia and Washington, D.C., (n) Austin, Texas, (o) Ogden, Utah, and (p) Farmers Branch, Texas.

4.    The documented slowdown in the national economy, which began in early 2008, impacted the commercial construction industry by significantly increasing material pricing and

2

competition among glass contractors. By 2010, the Debtor found itself with significantly reduced liquidity and financial losses which caused the Debtor to close many of its plants, sell equipment, and reduce workforce. During the period June 2011-December 31, 2011, the Debtor closed thirteen facilities, resulting in significant additional losses. On February 21, 2012, after being unable to secure additional financing necessary to continue operating, the Debtor ceased business operations and terminated all employees. At that time, the Debtor operated nine facilities and had approximately 508 employees (148 union and 360 non-union) in 14 states.

**B.     Employment of Rees Broome, P.C.**

5.     On May 24, 2012, this Court entered an order authorizing the Debtor to retain and employ Kasimir & Annino ("K&A") as its local Virginia counsel. On June 21, 2012, this Court entered an order authoring the expansion of K&A's retention to include certain construction projects in Washington, D.C.

6.     After the Petition Date, K&A received a security retainer from the Debtor. The amount of the security retainer was $3,500. The Court further authorized the payment of an additional $5,000 post-petition retainer to K&A for services related to construction projects in Washington, D.C.

7.     On January 1, 2013, the attorneys of K&A, including Stephen J. Annino, joined RBPC. K&A has ceased operations. On January 9, 2013, this Court entered an order further expanding the employment of RBPC and authorizing the Debtor to pay RBPC an additional security retainer in the amount of $20,000. The retainers have been applied to fees previously allowed by the Court.

**C.    Fee Procedures Order**

8.    On April 10, 2012, the Court entered the Fee Procedures Order.  The Fee Procedures Order authorizes each professional retained in this case, including RBPC, to file and serve upon the parties identified therein (the "Notice Parties") monthly statements of fees and expenses.  If no timely objection is filed prior to the expiration of the objection period, the Debtor is authorized to pay the professional an amount equal to eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the monthly statement.

**D.    November-December Monthly Statements**

9.    In accordance with the Fee Procedures Order, RBPC filed the following monthly statements (the "Monthly Statements") and was paid the following amounts as interim compensation and reimbursement for expenses:

a.    On December 12, 2013, RBPC filed and served its fifteenth monthly statement for the period from November 1, 2013 through and including November 30, 2013 [Doc. No. 1629] (the "November Monthly Statement") requesting fees in the amount of $924.00 and reimbursement of expenses in the amount of $0.46.  No objection to the November Monthly Statement was filed.  No fees or costs for the November Monthly Statement have been paid to RBPC.

b.    On January 17, 2014, RBPC filed and served its sixteenth monthly statement for the period from December 1, 2013 through and including December 31, 2013 [Doc. No. 1700] (the "December Monthly Statement") requesting fees in the amount of $2,715.00 and reimbursement of expenses in the amount of $113.80.  No objection to the December Monthly Statement was filed.  No fees or costs for the December Monthly Statement have been paid to RBPC.

10. A summary of the Monthly Statements is set forth below:

| Month(s) | Total Fees | Total Expenses | Balance |
|---|---|---|---|
| November 2013 | $924.00 | $0.46 | $924.46 |
| December 2013 | $2,715.00 | $113.80 | $611.50 |
| **TOTALS** | **$3,639.00** | **$114.26** | **$3,753.26** |

**F.     Interim Fee Applications**

11.     The Fee Procedures Order requires each professional to file with the Court and serve on the Notice Parties an application for approval and allowance of all compensation and reimbursement of expenses sought in the monthly statements filed for the period ending June 30, 2012, and at three-month intervals thereafter.

12.     On July 19, 2012, K&A filed its first interim application for allowance of fees and reimbursement for expenses. After notice and a hearing, this Court allowed RBPC interim compensation in the amount of $5,935.00 and reimbursement for expenses in the amount of $16.00 for the period May 21, 2012 through June 30, 2012 [Doc. No. 438]. K&A received full payment of these allowances.

13.     On October 19, 2012, K&A filed its second interim application for allowance of fees and reimbursement for expenses. After notice and a hearing, this Court allowed RBPC interim compensation in the amount of $3,022.50 and reimbursement for expenses in the amount of $8.38 for the period July 1, 2012 through September 30, 2012 [Doc. No. 648]. K&A received full payment of these allowances.

14.     On January 30, 2013, RBPC filed its third interim application for allowance of fees and reimbursement for expenses. After notice and a hearing, this Court allowed K&A interim compensation in the amount of $2,079.00 and reimbursement for expenses in the amount

5

of $120.00 for the period October 1, 2012 through December 31, 2012 [Doc. No.749].  K&A received full payment of these allowances.

15. On May 22, 2013, RBPC filed its fourth interim application for allowance of fees and reimbursement for expenses.  After notice and a hearing, this Court allowed RBPC interim compensation in the amount of $4,257.00 and reimbursement for expenses in the amount of $295.00 for the period January 1, 2013 through March 31, 2013 [Doc. No. 1167].  RBPC received full payment of these allowances.

16. On November 20, 2013, RBPC filed its fifth interim application for allowance of fees and reimbursement for expenses.  After notice and a hearing, this Court allowed RBPC interim compensation in the amount of $13,848.00 and reimbursement for expenses in the amount of $246.37 for the period April 1, 2013 through October 31, 2013 [Doc. No. 1615]. RBPC received full payment of these allowances.

17. This is RBPC's sixth and final application for allowance of fees and reimbursement for expenses.  By this application, RBPC seeks allowance of compensation in the amount of $3,639.00 (the "Compensation Amount") and reimbursement for expenses in the amount of $114.26 for the period November 1, 2013 through December 31, 2013.  RBPC further requests the Court authorize the Liquidating Trustee to pay the allowed Compensation Amount.

| Fee Application | Time Period | Fees Allowed | Expenses Allowed |
|---|---|---:|---:|
| First | May 1, 2012 – June 30, 2012 | $5,935.00 | $16.00 |
| Second | July 1, 2012 – September 30, 2012 | $3,022.50 | $8.38 |
| Third | October 1, 2012 – December 31, 2012 | $2,079.00 | $120.00 |
| Fourth | January 1, 2013 – March 31, 2013 | $4,257.00 | $295.00 |
| Fifth | April 1, 2013 – October 31, 2013 | $13,848.00 | $246.37 |
|  | **TOTALS:** | **$29,141.50** | **$685.75** |

6

**Itemization and Categories of Services**

18.     Itemized and detailed descriptions of the specific services rendered by RBPC to the Debtor during the period November 1, 2013 through December 31, 2013 are reflected on the monthly statement attached hereto as **Exhibit A** and **Exhibit B**.  The Monthly Statement sets forth the name of each professional rendering a service, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each professional in each category.

19.     There has been no duplication of services, either by partners or associates of RBPC.  When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work.

**Narrative Summary of Services**

20.     The Debtor retained RBPC to render all lien related services and litigation services for the following construction projects: (a) Inova South Patient Tower (Falls Church, Virginia); and (b) Anacostia Health Center (Washington, D.C.).  Toward that end, RBPC provided the following services:  correspondence with Debtor's principals and bankruptcy counsel; meeting with Forrester and its counsel in Washington, D.C.; correspondence with Forrester's counsel on case status.

21.     RBPC spent 9.6 hours of professional time on the foregoing services for which RBPC is seeking compensation in the amount of $3,639.00.

22.     RBPC respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and

7

skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

23.     No agreement exists between RBPC and any third party for the sharing of compensation received by RBPC in this case, except as allowed by section 504 of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of RBPC.

### Expenses

24.     During the period November 1, 2013 through December 31, 2013, RBPC incurred expenses in connection with its services consisting of: messenger fees, postage, and mileage. An itemization of expenses is set forth in **Exhibit A** and **Exhibit B**. RBPC seeks allowance of $114.26 for reimbursement for expenses.

### Notice

25.     In accordance with the Fee Procedures Order, notice of this application has been give to: counsel to First Midwest Bank, counsel to the Committee, the Office of the United States Trustee, and any parties who have filed an appearance in this chapter 11 case and requested such notice.

WHEREFORE, Rees Broome, P.C. respectfully requests that the Court enter an Order:

(A)     Allowing compensation to RBPC in the amount of $3,639.00 for legal services rendered during the period November 1, 2013 through December 31, 2013;

(B)     Allowing reimbursement to RBPC in the amount of $114.26 for expenses incurred during the period November 1, 2013 through December 31, 2013;

8

(C)     authorizing the Liquidating Trustee of the Trainor Liquidating Trust to pay to RBPC the allowances for compensation and reimbursement for expenses for the period November 1, 2013 through December 31, 2013;

(D)     Allowing, on a final basis, compensation to RBPC in the amount of $32,780.50 for legal services rendered and reimbursement to RBPC in the amount of $800.01 for expenses incurred during the period May 1, 2012 through December 31, 2013; and

(E)     Granting such other and further relief as the Court deems just and proper.

REES BROOME, P.C.

By:    /s/ Stephen J. Annino
        One of its Attorneys

TRAINOR GLASS COMPANY, debtor and debtor-in-possession

By:    /s/ Kevin H. Morse
        One of its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

9