**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |
| | ) | |

**COVER SHEET FOR THIRD AND FINAL APPLICATION OF THOMPSON HINE LLP
FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

| | |
|---|---|
| Name of Applicant: | Thompson Hine LLP |
| Authorized to Provide Professional Services to: | Debtor-in-Possession |
| Date of Order Authorizing Employment: | February 14, 2013 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2013 through December 31, 2013 |
| Total Amount of Fees: | $25,270.50 |
| Amount of Expense Reimbursement Sought: | $820.00 |

This is Thompson Hine LLP's
Final Fee Application

Date: February 7, 2014                              TRAINOR GLASS COMPANY

                                                By:    /s/ Kevin H. Morse            .

11477968.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  March 5, 2014 |
| | ) | Time: 10:00 a.m. |

**NOTICE OF MOTION**

To:   See Attached Service List

    PLEASE TAKE NOTICE that on **March 5, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **THIRD AND FINAL APPLICATION OF THOMPSON HINE LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES,** at which time and place you may appear as you see fit.

                                      **TRAINOR GLASS COMPANY**

                                      By:  /s/ Kevin H. Morse
                                            One of Its Attorneys

                                      Michael L. Gesas  (06186924)
                                      David A. Golin  (06180517)
                                      Kevin H. Morse  (06297244)
                                      ARNSTEIN & LEHR LLP
                                      120 S. Riverside Plaza, Suite 1200
                                      Chicago, IL 60606
                                      Tel: (312) 876-7100
                                      Fax: (312) 876-0288

## **CERTIFICATE OF SERVICE**

    I, Kevin H. Morse, an attorney, certify that I caused a copy of the foregoing Notice of Motion and Third and Final Application of Thompson Hine LLP For Compensation and Reimbursement For Expenses to be served on the parties listed on the attached service lists by the Court's ECF System to those entities entitled to electronic service or by U.S. mail, postage pre-paid, on February 7, 2014.

                                                     /s/ Kevin H. Morse

## **SERVICE LIST**

*Via ECF*

- **Mark E Abrams**  abramspc@aol.com
- **George P Apostolides**  gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **George P Apostolides**  gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **Kenneth J Ashman**  kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- **Mark D Belongia**  mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- **Robert R Benjamin**  rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Beverly A Berneman**  baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Brendan G Best**  bbest@schaferandweiner.com
- **Richard A Bixter**  richard.bixter@hklaw.com
- **Paul A Brocksmith**  paul@brocklaw.com
- **William J. Bryan**  wbryanlaw@comcast.net
- **Daniel E Budorick**  dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- **Megan M Burke**  mburke@rmp-llc.com
- **Steven B Chaiken**  schaiken@ag-ltd.com, lhope@ag-ltd.com
- **Aaron B Chapin**  achapin@reedsmith.com
- **Barry A Chatz**  bachatz@arnstein.com, jbmedziak@arnstein.com
- **Albert L Chollet**  achollet@wthf.com, cdrexler@wthf.com
- **Rosanne Ciambrone**  rciambrone@duanemorris.com, jkahane@duanemorris.com
- **Bryan K Clark**  bclark@lathropgage.com
- **Timothy J Conklin**  tconklin@fosterbuick.com, smaahs@fosterbuick.com
- **Francisco Connell**  fconnell@chuhak.com, hcummins@chuhak.com
- **Boyd A Correll**  acorrell@caudlespears.com
- **Joseph E Cotterman**  joe@andantelaw.com, jessica@andantelaw.com;brittany@andantelaw.com;kara@andantelaw.com;ashley@andantelaw.com
- **Gabriel A Crowson**  gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- **Michael L Cummings**  michael@esb-law.com
- **Anthony J. D'Agostino**  ajdagostino@golanchristie.com, lreuther@golanchristie.com,mperez@golanchristie.com,aprior@golanchristie.com,asimmons@golanchristie.com,tstephenson@golanchristie.com
- **Amy E Daleo**  adaleo@cohonraizes.com
- **Michael J. Davis**  mdavis@archerbay.com, davislaw80@gmail.com
- **Jason J DeJonker**  jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- **Shelly A. DeRousse**  sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- **John S. Delnero**  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com

- **John S. Delnero**  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Jeremy M Downs**  jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Jeffrey D Eaton**  jeaton@schiffhardin.com
- **Deborah K Ebner**  dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- **John Eggum**  jeggum@fgppr.com
- **Travis J Eliason**  teliason@kdlegal.com
- **Timothy D. Elliott**  telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- **Marcia P Ellsworth**  mellsworth@prklaw.com
- **Earle Erman**  eerman@ermanteicher.com, druhlandt@ermanteicher.com
- **Thomas R. Fawkes**  tfawkes@freeborn.com, bkdocketing@freeborn.com
- **Michelle L Feola**  mfeola@frltd.com
- **Edward F. Filer**  efiler@freeborn.com, cryan@freeborn.com
- **William A Frazell**  bill.frazell@texasattorneygeneral.gov
- **Zachary J Garrett**  zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Steven A Ginther**  ndilecf@dor.mo.gov
- **Jonathan D. Golding**  jgolding@goldinglaw.net
- **Richard N Golding**  rgolding@goldinglaw.net
- **David A. Golin**  dagolin@arnstein.com, mgonzalez@arnstein.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Karen R Goodman**  kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- **Joshua D. Greene**  jgreene@archerbay.com
- **Aaron L. Hammer**  ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- **John F Hiltz**  jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- **Brian J Jackiw**  bjackiw@freeborn.com, bkdocketing@freeborn.com
- **Lindsay James**  ljames@smv-law.com, jsiciliano@smv-law.com
- **Christopher Johnson**  cgschifflaw@gmail.com
- **Patrick M. Jones**  pmj@greensfelder.com, je@greensfelder.com
- **Michael Joyce**  mjoyce@crosslaw.com, smacdonald@crosslaw.com
- **James W Kienzle**  jkienzle@wwmlawyers.com
- **Michael B Kind**  mkind@edwardswildman.com

- **Carl N Kunz III**   ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Caroline Kwak**   ckwak@cohonraizes.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leoweber.com, mwargo@leoweber.com
- **Marc S Lipinski**   mlipinski@dlhlawoffices.com
- **John A Lipinsky**   jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com
- **Frank Marco**   fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- **Joseph Marconi**   marconij@jbltd.com, konczalc@jbltd.com
- **Matthew G Martinez**   matthew.martinez@sidley.com, efilingnotice@sidley.com
- **Adrian E Mazar**   mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- **Mark Melickian**   mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- **Alexander M Memmen**   amm@memmenlaw.com
- **Jenna L Miara**   mweiner@hsplegal.com
- **Jeffrey M Monberg**   jmonberg@kdlegal.com, jfik@kdlegal.com
- **Michael C. Moody**   mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **James E. Morgan**   jem@h2law.com, smckinney@howardandhoward.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Brendan J. Nelligan**   bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- **David A. Newby**   dnewby@comananderson.com, tmaurer@comananderson.com
- **Michelle G Novick**   mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen**   sven.nylen@klgates.com, teresa.gomez@klgates.com
- **James O'Connell-Miller**   leighton.oconnellmiller@bryancave.com
- **Lindsey Olson**   lindsey@theolsonfirm.com
- **Joel R Page**   jpage@rmp-llc.com
- **Lars A Peterson**   lapeterson@foley.com, khall@foley.com
- **Douglas Petrovic**   dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- **Eric S Playter**   eplayter@dunndavison.com
- **Gabriel Reilly-Bates**   gbates@taftlaw.com, sfdocket@taftlaw.com
- **John M. Riccione**   jriccione@agdglaw.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Rebecca M Rothmann**   rebecca.rothmann@wilsonelser.com
- **Brianna M Sansone**   bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- **Scott A Semenek**   scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw**   bshaw100@shawfishman.com, bharrington@shawfishman.com
- **James B. Sowka**   jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- **David J Stein**   dstein@pretzel-stouffer.com
- **Joseph M Tiller**   jtiller@jonesday.com
- **David J Valdini**   dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- **Eric L Walberg**   ewalberg@walberglaw.com

- **Kathy Wantuch**   kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Kathy Wantuch**   kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Michael I. White**   mwhit1967@aol.com
- **Jeff A Whitehead**   jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- **Thomas C. Wolford**   twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- **Stefanie Wowchuk McDonald**   stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

10161510.4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  March 5, 2014 |
| | ) | Time: 10:00 a.m. |

**THIRD AND FINAL INTERIM APPLICATION OF THOMPSON HINE LLP
ATTORNEYS FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Thompson Hine LLP ("TH"), local Maryland counsel for Trainor Glass Company, debtor and former debtor in possession (the "Debtor"), pursuant to section 330 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 81] (the "Fee Procedures Order"), applies to this Court for an entry of an order: (a) allowing compensation to TH in the amount of $455.50 for legal services rendered during the period November 1, 2013 through December 31, 2013 and reimbursement for expenses in the amount of $10.10; (b) authorizing the TH to pay from the surplus funds in its possession the allowances for compensation and reimbursement for expenses for the period November 1, 2013 through December 31, 2013;  and (c) allowing, on a final basis, compensation to TH in the amount of $25,270.50 for legal services rendered during the period February 14, 2013 through December 31, 2013 and reimbursement to TH in the amount of $820.00 for expenses incurred during the period February 14, 2013 through

11477967.1

December 31, 2013.  In support thereof, TH respectfully states as follows:

**A.     Background**

1.     On March 9, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor remains in possession of its property and continues to have the rights, powers and duties of a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in this chapter 11 case.  On March 27, 2012, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

2.     The Debtor is an Illinois corporation that was founded in 1953 by Robert J. Trainor Sr. to pursue a residential glass business in Chicago, Illinois. The Debtor's business model was focused on quality fabrication, design, engineering, and installation of glass products and framing systems in virtually every architectural application, including (a) new construction, (b) green-building solutions, (c) building rehabilitation, (d) storefronts and entrances, (e) tenant interiors, and (f) custom-specialty work.

3.     After inception, the Debtor expanded from its base in Chicago and at one time had operations in (a) Phoenix, Arizona, (b) Denver, Maryland, (c) Jacksonville Beach, Florida, (d) Riviera Beach, Florida, (e) Atlanta, Georgia, (f) Alsip, Illinois, (g) Michigan City, Indiana, (h) South Bend, Indiana, (i) Baltimore, Maryland, (j) Detroit, Michigan, (k) Las Vegas, Nevada, (1) Kearny, New Jersey, (m) Charlotte, Maryland, (n) Austin, Texas, (o) Ogden, Utah, and (p) Farmers Branch, Texas.

4.     The documented slowdown in the national economy, which began in early 2008, impacted the commercial construction industry by significantly increasing material pricing and competition among glass contractors. By 2010, the Debtor found itself with significantly reduced

liquidity and financial losses which caused the Debtor to close many of its plants, sell equipment, and reduce workforce. During the period June 2011-December 31, 2011, the Debtor closed thirteen facilities, resulting in significant additional losses. On February 21, 2012, after being unable to secure additional financing necessary to continue operating, the Debtor ceased business operations and terminated all employees. At that time, the Debtor operated nine facilities and had approximately 508 employees (148 union and 360 non-union) in 14 states.

**B.     Employment of Thompson Hine LLP.**

5.     On February 14, 2013, this Court entered an order authorizing the Debtor to retain and employ TH as its local Maryland counsel. TH did not receive a security retainer from the Debtor. TH is currently holding a surplus payment in the amount of $4,478.98.

**C.     Fee Procedures Order**

6.     On April 10, 2012, the Court entered the Fee Procedures Order. The Fee Procedures Order authorizes each professional retained in this case, including TH, to file and serve upon the parties identified therein (the "Notice Parties") monthly statements of fees and expenses. If no timely objection is filed prior to the expiration of the objection period, the Debtor is authorized to pay the professional an amount equal to eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the monthly statement.

**E.     November Monthly Statement and December Costs**

7.     In accordance with the Fee Procedures Order, TH filed the following monthly statements (collectively, the "Monthly Statements") and was paid the following amounts as interim compensation and reimbursement for expenses:

a.     On December 12, 2013, TH filed and served its tenth monthly statement for the period from November 1, 2013 through and including November 30, 2013 [Doc.

3

11477967.1

No. 1630] (the "November Monthly Statement") requesting fees in the amount of $455.00 and reimbursement of expenses in the amount of $0.50. No objection to the November Monthly Statement was filed. No fees or costs for the November Monthly Statement have been paid to TH.

  b. During the period December 1, 2013-December 31, 2013, TH incurred costs in the amount of $9.60. These costs consisted of $9.00 for photocopy charges and $0.60 for PACER charges. None of the December costs have been paid to TH

  c. A summary of the Monthly Statements is set forth below:

| Month(s) | Total Fees | Expenses | Balance |
|---|---|---|---|
| November 2013 | $455.00 | $0.50 | $455.50 |
| December 2013 | $0.00 | $9.60 | $9.60 |
| **TOTALS** | **$455.00** | **$10.10** | **$465.10** |

**F. Interim Fee Applications**

  8. The Fee Procedures Order requires each professional to file with the Court and serve on the Notice Parties an application for approval and allowance of all compensation and reimbursement of expenses sought in the monthly statements filed for the period ending June 30, 2012, and at three-month intervals thereafter.

  9. On May 22, 2013, TH filed its first interim application for allowance of fees and reimbursement for expenses. After notice and a hearing, this Court allowed TH interim compensation in the amount of $6,533.50 and reimbursement for expenses in the amount of $596.90 for the period February 1, 2013 through March 31, 2013 [Doc. No. 1165]. TH has received full payment of these allowances.

10. On November 20, 2013, TH filed its second interim application for allowance of fees and reimbursement for expenses. After notice and a hearing, this Court allowed TH interim compensation in the amount of $18,281.50 and reimbursement for expenses in the amount of $213.00 for the period April 1, 2013 through October 31, 2013 [Doc. No. 1617]. TH has received full payment of these allowances

11. This is TH's third and final application for allowance of fees and reimbursement for expenses. By this application, TH seeks allowance of compensation in the amount of $455.00 and reimbursement for expenses in the amount of $10.10 (collectively, the "Compensation Amount") for the period November 1, 2013 through December 31, 2013. TH further requests authority to apply the Compensation Amount to the surplus fees currently in its possession.

| Fee Application | Time Period | Fees Allowed | Expenses Allowed |
|---|---|---|---|
| First | February 1, 2013 – March 31, 2013 | $6,533.50 | $596.90 |
| Second | April 1, 2013 – October 31, 2013 | $18,281.50 | $213.00 |
| | TOTALS: | $24,815.00 | $809.90 |

**Itemization and Categories of Services**

12. Itemized and detailed descriptions of the specific services rendered by TH to the Debtor during the period November 1, 2013 through December 31, 2013 are reflected on the Monthly Statements attached hereto as **Exhibit A**. The Monthly Statements set forth the name of each professional rendering a service, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each professional in each category.

5

11477967.1

13. There has been no duplication of services, either by partners or associates of TH. When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work.

**Narrative Summary of Services**

14. The Debtor retained TH to represent and assist the Debtor in connection with the filing and prosecution of Miller Act litigation in the United States District Court for the District of Maryland against the bond obtained by Clark Construction Group LLC in connection with collection of amounts due the Debtor for services performed on a construction project known as USAMRICD, Aberdeen Proving Ground, MD (the "Project") for the United States Army Corps of Engineers – Baltimore District through February of 2012. Toward that end, TH provided the following services: correspondence with counsel for Clark Construction Group LLC and draft and file joint status report for court in Maryland.

15. TH spent 1.3 hours of professional time on the foregoing services for which TH is seeking compensation in the amount of $455.00.

16. TH respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases, and that time has been fairly and properly expended.

17. No agreement exists between TH and any third party for the sharing of compensation received by TH in this case, except as allowed by section 504 of the Bankruptcy

11477967.1

Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of TH.

## Expenses

18.　During the period November 1, 2013 through December 31, 2013, TH incurred expenses in connection with its services consisting of: Pacer charges and photocopy charges. An itemization of expenses is set forth in **Exhibit A**. TH seeks allowance of $10.10 for reimbursement for expenses.

## Notice

19.　In accordance with the Fee Procedures Order, notice of this application has been give to: counsel to First Midwest Bank, counsel to the Committee, the Office of the United States Trustee, and any parties who have filed an appearance in this chapter 11 case and requested such notice.

WHEREFORE, Thompson Hine LLP respectfully requests that the Court enter an Order:

(A)　Allowing compensation to TH in the amount of $455.00 for legal services rendered during the period November 1, 2013 through December 31, 2013;

(B)　Allowing reimbursement to TH in the amount of $10.10 for expenses incurred during the period November 1, 2013 through December 31, 2013;

(C)　Authorizing TH to apply the amount of $465.10 against the surplus funds currently in TH's possession;

(D)　Allowing, on a final basis, compensation to TH in the amount of $25,270.50 for legal services rendered and reimbursement to TH in the amount of $820.00 for expenses incurred during the period February 14, 2013 through December 31, 2013; and

7

11477967.1

(E) Granting such other and further relief as the Court deems just and proper.

THOMPSON HINE LLP

By: /s/ Lawrence M. Prosen
      One of its Attorneys

TRAINOR GLASS COMPANY

By: /s/ Kevin H. Morse
      One of its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

11477967.1