**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | **Case No. 12 B 09458** |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |
| | ) | |

**COVER SHEET FOR FINAL APPLICATION OF THOMAS, FELDMAN &
WILSHUSEN LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

| | |
|---|---|
| Name of Applicant: | Thomas, Feldman & Wilshusen LLP |
| Authorized to Provide Professional Services to: | Debtor-in-Possession |
| Date of Order Authorizing Employment: | May 10, 2012 retroactive to May 3, 2012 |
| Period for which Compensation and Reimbursement is Sought: | May 3 through September 30, 2012 |
| Total Amount of Fees: | $16,715.00 |
| Amount of Expense Reimbursement: | $11.80 |

This is Thomas, Feldman & Wilshusen LLP's Final Fee Application

Date:  February 7, 2014                TRAINOR GLASS COMPANY

                                       By:___/s/ Kevin H. Morse_____.

11476417.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  March 5, 2014 |
| | ) | Time: 10:00 a.m. |

**NOTICE OF MOTION**

To:    See Attached Service List

    PLEASE TAKE NOTICE that on **March 5, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Carol A. Doyle, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **FINAL APPLICATION OF THOMAS, FELDMAN & WILSHUSEN FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES,** at which time and place you may appear as you see fit.

                        **TRAINOR GLASS COMPANY**

                        By:  /s/ Kevin H. Morse
                              One of Its Attorneys

                        Michael L. Gesas  (06186924)
                        David A. Golin  (06180517)
                        Kevin H. Morse  (06297244)
                        ARNSTEIN & LEHR LLP
                        120 S. Riverside Plaza, Suite 1200
                        Chicago, IL 60606
                        Tel: (312) 876-7100
                        Fax: (312) 876-0288

## **CERTIFICATE OF SERVICE**

  I, Kevin H. Morse, an attorney, certify that I caused a copy of the foregoing Notice of Motion and Final Application of Thomas, Feldman & Wilshusen LLP For Compensation and Reimbursement For Expenses to be served on the parties listed on the attached service lists by the Court's ECF System to those entities entitled to electronic service or by U.S. mail, postage pre-paid, on February 7, 2014.

                   /s/ Kevin H. Morse

2

# SERVICE LIST

*Via ECF*

- **Mark E Abrams**  abramspc@aol.com
- **George P Apostolides**  gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **George P Apostolides**  gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **Kenneth J Ashman**  kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- **Mark D Belongia**  mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- **Robert R Benjamin**  rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Beverly A Berneman**  baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Brendan G Best**  bbest@schaferandweiner.com
- **Richard A Bixter**  richard.bixter@hklaw.com
- **Paul A Brocksmith**  paul@brocklaw.com
- **William J. Bryan**  wbryanlaw@comcast.net
- **Daniel E Budorick**  dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- **Megan M Burke**  mburke@rmp-llc.com
- **Steven B Chaiken**  schaiken@ag-ltd.com, lhope@ag-ltd.com
- **Aaron B Chapin**  achapin@reedsmith.com
- **Barry A Chatz**  bachatz@arnstein.com, jbmedziak@arnstein.com
- **Albert L Chollet**  achollet@wthf.com, cdrexler@wthf.com
- **Rosanne Ciambrone**  rciambrone@duanemorris.com, jkahane@duanemorris.com
- **Bryan K Clark**  bclark@lathropgage.com
- **Timothy J Conklin**  tconklin@fosterbuick.com, smaahs@fosterbuick.com
- **Francisco Connell**  fconnell@chuhak.com, hcummins@chuhak.com
- **Boyd A Correll**  acorrell@caudlespears.com
- **Joseph E Cotterman**  joe@andantelaw.com, jessica@andantelaw.com;brittany@andantelaw.com;kara@andantelaw.com;ashley@andantelaw.com
- **Gabriel A Crowson**  gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- **Michael L Cummings**  michael@esb-law.com
- **Anthony J. D'Agostino**  ajdagostino@golanchristie.com, lreuther@golanchristie.com,mperez@golanchristie.com,aprior@golanchristie.com,asimmons@golanchristie.com,tstephenson@golanchristie.com
- **Amy E Daleo**  adaleo@cohonraizes.com
- **Michael J. Davis**  mdavis@archerbay.com, davislaw80@gmail.com
- **Jason J DeJonker**  jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- **Shelly A. DeRousse**  sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- **John S. Delnero**  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com

- **John S. Delnero**  john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Patrick G Donnelly**  pdonnelly@dlhlawoffices.com
- **Jeremy M Downs**  jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Michael J Dudek**  mdudek@leoweber.com, emartinez@leoweber.com
- **Jeffrey D Eaton**  jeaton@schiffhardin.com
- **Deborah K Ebner**  dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- **John Eggum**  jeggum@fgppr.com
- **Travis J Eliason**  teliason@kdlegal.com
- **Timothy D. Elliott**  telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- **Marcia P Ellsworth**  mellsworth@prklaw.com
- **Earle Erman**  eerman@ermanteicher.com, druhlandt@ermanteicher.com
- **Thomas R. Fawkes**  tfawkes@freeborn.com, bkdocketing@freeborn.com
- **Michelle L Feola**  mfeola@frltd.com
- **Edward F. Filer**  efiler@freeborn.com, cryan@freeborn.com
- **William A Frazell**  bill.frazell@texasattorneygeneral.gov
- **Zachary J Garrett**  zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Michael L. Gesas**  mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Steven A Ginther**  ndilecf@dor.mo.gov
- **Jonathan D. Golding**  jgolding@goldinglaw.net
- **Richard N Golding**  rgolding@goldinglaw.net
- **David A. Golin**  dagolin@arnstein.com, mgonzalez@arnstein.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Karen R Goodman**  kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- **Joshua D. Greene**  jgreene@archerbay.com
- **Aaron L. Hammer**  ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- **John F Hiltz**  jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- **Brian J Jackiw**  bjackiw@freeborn.com, bkdocketing@freeborn.com
- **Lindsay James**  ljames@smv-law.com, jsiciliano@smv-law.com
- **Christopher Johnson**  cgschifflaw@gmail.com
- **Patrick M. Jones**  pmj@greensfelder.com, je@greensfelder.com
- **Michael Joyce**  mjoyce@crosslaw.com, smacdonald@crosslaw.com
- **James W Kienzle**  jkienzle@wwmlawyers.com
- **Michael B Kind**  mkind@edwardswildman.com

- **Carl N Kunz III**  ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Caroline Kwak**  ckwak@cohonraizes.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**  sleo@leoweber.com, mwargo@leoweber.com
- **Marc S Lipinski**  mlipinski@dlhlawoffices.com
- **John A Lipinsky**  jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com
- **Frank Marco**  fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- **Joseph Marconi**  marconij@jbltd.com, konczalc@jbltd.com
- **Matthew G Martinez**  matthew.martinez@sidley.com, efilingnotice@sidley.com
- **Adrian E Mazar**  mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- **Mark Melickian**  mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- **Alexander M Memmen**  amm@memmenlaw.com
- **Jenna L Miara**  mweiner@hsplegal.com
- **Jeffrey M Monberg**  jmonberg@kdlegal.com, jfik@kdlegal.com
- **Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
- **Kevin H Morse**  khmorse@arnstein.com
- **Kevin H Morse**  khmorse@arnstein.com
- **Brendan J. Nelligan**  bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- **David A. Newby**  dnewby@comananderson.com, tmaurer@comananderson.com
- **Michelle G Novick**  mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen**  sven.nylen@klgates.com, teresa.gomez@klgates.com
- **James O'Connell-Miller**  leighton.oconnellmiller@bryancave.com
- **Lindsey Olson**  lindsey@theolsonfirm.com
- **Joel R Page**  jpage@rmp-llc.com
- **Lars A Peterson**  lapeterson@foley.com, khall@foley.com
- **Douglas Petrovic**  dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- **Eric S Playter**  eplayter@dunndavison.com
- **Gabriel Reilly-Bates**  gbates@taftlaw.com, sfdocket@taftlaw.com
- **John M. Riccione**  jriccione@agdglaw.com
- **Cornelius F Riordan**  criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Cornelius F Riordan**  criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Rebecca M Rothmann**  rebecca.rothmann@wilsonelser.com
- **Brianna M Sansone**  bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- **Scott A Semenek**  scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw**  bshaw100@shawfishman.com, bharrington@shawfishman.com
- **James B. Sowka**  jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- **David J Stein**  dstein@pretzel-stouffer.com
- **Joseph M Tiller**  jtiller@jonesday.com
- **David J Valdini**  dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- **Eric L Walberg**  ewalberg@walberglaw.com

- **Kathy Wantuch** kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Kathy Wantuch** kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Michael I. White** mwhit1967@aol.com
- **Jeff A Whitehead** jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- **Thomas C. Wolford** twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- **Stefanie Wowchuk McDonald** stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

10161510.4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRAINOR GLASS COMPANY,** | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date:  March 5, 2014 |
| | ) | Time: 10:00 a.m. |

**FINAL APPLICATION OF THOMAS, FELDMAN & WILSHUSEN LLP ATTORNEYS
FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Thomas, Feldman & Wilshusen LLP ("TF&W"), local Texas counsel for Trainor Glass Company, debtor and former debtor in possession (the "Debtor"), pursuant to section 330 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 81] (the "Fee Procedures Order"), applies to this Court for an entry of an order approving, on a final basis, TF&W compensation in the amount of $16,715.00 for legal services rendered during the period May 3, 2012 through September 30, 2012 and reimbursement for expenses in the amount of $1,278.81.  In support thereof, TF&W respectfully states as follows:

**BACKGROUND**

1. On March 9, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  No request for the appointment of a trustee or

3

examiner has been made in this chapter 11 case. On March 27, 2012, the United States Trustee appointed an official committee of unsecured creditors (the "Committee").

2. The Debtor is an Illinois corporation that was founded in 1953 by Robert J. Trainor Sr. to pursue a residential glass business in Chicago, Illinois. The Debtor's business model was focused on quality fabrication, design, engineering, and installation of glass products and framing systems in virtually every architectural application, including (a) new construction, (b) green-building solutions, (c) building rehabilitation, (d) storefronts and entrances, (e) tenant interiors, and (f) custom-specialty work.

3. After inception, the Debtor expanded from its base in Chicago and at one time had operations in (a) Phoenix, Arizona, (b) Denver, Texas, (c) Jacksonville Beach, Florida, (d) Riviera Beach, Florida, (e) Atlanta, Georgia, (f) Alsip, Illinois, (g) Michigan City, Indiana, (h) South Bend, Indiana, (i) Baltimore, Maryland, (j) Detroit, Michigan, (k) Las Vegas, Nevada, (1) Kearny, New Jersey, (m) Charlotte, Texas, (n) Austin, Texas, (o) Ogden, Utah, and (p) Farmers Branch, Texas.

4. The documented slowdown in the national economy, which began in early 2008, impacted the commercial construction industry by significantly increasing material pricing and competition among glass contractors. By 2010, the Debtor found itself with significantly reduced liquidity and financial losses which caused the Debtor to close many of its plants, sell equipment, and reduce workforce. During the period June 2011-December 31, 2011, the Debtor closed thirteen facilities, resulting in significant additional losses. On February 21, 2012, after being unable to secure additional financing necessary to continue operating, the Debtor ceased business operations and terminated all employees. At that time, the Debtor operated nine facilities and had approximately 508 employees (148 union and 360 non-union) in 14 states.

**B.    Employment of Thomas, Feldman & Wilshusen LLP**

5. On May 10, 2012, this Court entered an order authorizing the Debtor to retain and employ TF&W as its local Texas counsel *nunc pro tunc* to May 3, 2012.

6. After the Petition Date, TF&W received a security retainer from the Debtor. The amount of the security retainer was $9,520.00. The retainer has been applied to fees previously allowed by the Court.

**C.    Services Rendered and Prior Fee Applications**

7. The Debtor retained TF&W to render all lien related services for the following construction projects: (a) Encana Gas and Oil (Plano, Texas); (b) New Parkland Hospital (Dallas, Texas); (c) Austin Energy (Austin, Texas); (d) Museum of Science and Nature (Dallas, Texas); (e) Lakeway Medical Center (Lakeway, Texas); (f) Baylor Medical Center (McKinney, Texas); and (g) Bull Creek Residences (Austin, Texas).

8. On July 19, 2012, TF&W filed its first interim application for allowance of fees and reimbursement for expenses (the "First Fee Application"). After notice and a hearing, this Court allowed TF&W interim compensation in the amount of $15,952.50 and reimbursement for expenses in the amount of $1,267.04 for the period May 1, 2012 through June 30, 2012 [Doc. No. 437]. TF&W has received full payment of these allowances.

9. On October 19, 2012, TF&W filed its second interim application for allowance of fees and reimbursement for expenses (the "Second Fee Application"). After notice and a hearing, this Court allowed TF&W interim compensation in the amount of $762.50 and reimbursement for expenses in the amount of $11.80 for the period July 1, 2012 through September 30, 2012 [Doc. No. 651]. TF&W has received full payment of these allowances.

| **Fee Application** | **Time Period** | **Fees Allowed** | **Expenses Allowed** |
|---|---|---|---|
| First | May 1, 2012 – June 30, 2012 | $15,952.50 | $1,267.04 |
| Second | July 1, 2012 – September 30, 2012 | $762.50 | $11.80 |
| | **TOTALS:** | **$16,715.00** | **$1,278.84** |

10. Itemized and detailed descriptions of the specific services rendered by TF&W to the Debtor through September 30, 2012 were attached respectively to the First Fee Application [Doc. No. 406] and Second Fee Application [Doc. No. 651]. TF&W has not provided any services or incurred any legal fees on behalf of the Debtor since the Second Fee Application period.

11. TF&W respectfully submits that the fees sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases, and that time has been fairly and properly expended.

## Notice

12. In accordance with the Fee Procedures Order, notice of this application has been give to: counsel to First Midwest Bank, counsel to the Committee, the Office of the United States Trustee, and any parties who have filed an appearance in this chapter 11 case and requested such notice.

WHEREFORE, Thomas, Feldman & Wilshusen LLP respectfully requests that the Court enter an Order:

(A) Approving, on a final basis, compensation to TF&W in the amount of $16,715.00 for legal services rendered and reimbursement to TF&W in the amount of

$1,278.84 for expenses incurred during the period May 3, 2012 through September 30, 2012; and

(B) Granting such other and further relief as the Court deems just and proper.

THOMAS, FELDMAN & WILSHUSEN LLP

By:   /s/ Jason R. Kennedy
       One of its Attorneys

TRAINOR GLASS COMPANY

By:   /s/ Kevin H. Morse
       One of its Attorneys

Michael L. Gesas (06186924)
David A. Golin (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288