IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF MOTION

To:     See attached Service List

    PLEASE TAKE NOTICE that on **Thursday, April 17, 2014 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached **MOTION TO MODIFY ORDER ALLOWING ARNSTEIN & LEHR LLP FINAL COMPENSATION AND REIMBURSEMENT FOR EXPENSES,** at which time and place you may appear as you see fit.

                        ARNSTEIN & LEHR LLP

                        By:    /s/ David A. Golin
                                One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin     (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

11627664.1

## CERTIFICATE OF SERVICE

      I, David A. Golin, an attorney, certify that I caused a copy of the foregoing **MOTION TO MODIFY ORDER ALLOWING ARNSTEIN & LEHR LLP FINAL COMPENSATION AND REIMBURSEMENT FOR EXPENSES,** to be served on the parties listed on the attached service lists by U.S. mail on April 10, 2014 and by the Court's ECF System to those entities entitled to electronic service, on April 10, 2014.

                              By:   /s/ David A. Golin
                                        One of Its Attorneys

# SERVICE LIST

*Via ECF*

- **Mark E Abrams**   abramspc@aol.com
- **George P Apostolides**   gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **George P Apostolides**   gpapostolides@arnstein.com, jbmedziak@arnstein.com
- **Kenneth J Ashman**   kashman@ashmanlawoffices.com, kseay@ashmanlawoffices.com
- **Mark D Belongia**   mbelongia@ralaw.com, msullivan@ralaw.com;casedocket@ralaw.com
- **Robert R Benjamin**   rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Beverly A Berneman**   baberneman@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
- **Brendan G Best**   bbest@schaferandweiner.com
- **Richard A Bixter**   richard.bixter@hklaw.com
- **Paul A Brocksmith**   paul@brocklaw.com
- **William J. Bryan**   wbryanlaw@comcast.net
- **Daniel E Budorick**   dbudorick@pecklaw.com, lbarker@pecklaw.com;acustardo@pecklaw.com
- **Megan M Burke**   mburke@rmp-llc.com
- **Steven B Chaiken**   schaiken@ag-ltd.com, lhope@ag-ltd.com
- **Aaron B Chapin**   achapin@reedsmith.com
- **Barry A Chatz**   bachatz@arnstein.com, jbmedziak@arnstein.com
- **Albert L Chollet**   achollet@wthf.com, cdrexler@wthf.com
- **Rosanne Ciambrone**   rciambrone@duanemorris.com, jkahane@duanemorris.com
- **Bryan K Clark**   bclark@lathropgage.com
- **Timothy J Conklin**   tconklin@fosterbuick.com, smaahs@fosterbuick.com
- **Francisco Connell**   fconnell@chuhak.com, hcummins@chuhak.com
- **Boyd A Correll**   acorrell@caudlespears.com
- **Joseph E Cotterman**   joe@andantelaw.com, jessica@andantelaw.com;brittany@andantelaw.com;kara@andantelaw.com;ashley@andantelaw.com
- **Gabriel A Crowson**   gcrowson@mcglinchey.com, sholmes@mcglinchey.com
- **Michael L Cummings**   michael@esb-law.com
- **Anthony J. D'Agostino**   ajdagostino@golanchristie.com, lreuther@golanchristie.com,mperez@golanchristie.com,aprior@golanchristie.com,asimmons@golanchristie.com,tstephenson@golanchristie.com
- **Amy E Daleo**   adaleo@cohonraizes.com
- **Michael J. Davis**   mdavis@archerbay.com, davislaw80@gmail.com
- **Jason J DeJonker**   jdejonker@seyfarth.com, kmccarthy@seyfarth.com;chidocket@seyfarth.com
- **Shelly A. DeRousse**   sderousse@stahlcowen.com, cgarcia@stahlcowen.com
- **John S. Delnero**   john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com

- **John S. Delnero**     john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com;klgatesbankruptcy@klgates.com
- **Patrick G Donnelly**     pdonnelly@dlhlawoffices.com
- **Patrick G Donnelly**     pdonnelly@dlhlawoffices.com
- **Jeremy M Downs**     jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael J Dudek**     mdudek@leoweber.com, emartinez@leoweber.com
- **Michael J Dudek**     mdudek@leoweber.com, emartinez@leoweber.com
- **Jeffrey D Eaton**     jeaton@schiffhardin.com
- **Deborah K Ebner**     dkebner@deborahebnerlaw.com, sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
- **John Eggum**     jeggum@fgppr.com
- **Travis J Eliason**     teliason@kdlegal.com
- **Timothy D. Elliott**     telliott@rathjewoodward.com, nwinters@rathjewoodward.com;vlong@rathjewoodward.com
- **Marcia P Ellsworth**     mellsworth@prklaw.com
- **Earle Erman**     eerman@ermanteicher.com, druhlandt@ermanteicher.com
- **Thomas R. Fawkes**     tfawkes@freeborn.com, bkdocketing@freeborn.com
- **Michelle L Feola**     mfeola@frltd.com
- **Edward F. Filer**     efiler@freeborn.com, cryan@freeborn.com
- **William A Frazell**     bill.frazell@texasattorneygeneral.gov
- **Zachary J Garrett**     zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Michael L. Gesas**     mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Michael L. Gesas**     mlgesas@arnstein.com, blsutton@arnstein.com;jbmedziak@arnstein.com
- **Steven A Ginther**     ndilecf@dor.mo.gov
- **Jonathan D. Golding**     jgolding@goldinglaw.net
- **Richard N Golding**     rgolding@goldinglaw.net
- **David A. Golin**     dagolin@arnstein.com, mgonzalez@arnstein.com
- **Geoffrey S. Goodman**     ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Geoffrey S. Goodman**     ggoodman@foley.com, egreen@foley.com;khall@foley.com
- **Karen R Goodman**     kgoodman@shefskylaw.com, sfdocket@shefskylaw.com
- **Joshua D. Greene**     jgreene@archerbay.com
- **Aaron L. Hammer**     ahammer@sugarfgh.com, chorvay@sugarfgh.com;mbrandess@sugarfgh.com;joconnor@sugarfgh.com;mmelickian@sugarfgh.com;bkdocket@sugarfgh.com;dmadden@sugarfgh.com
- **John F Hiltz**     jhiltz@hwzlaw.com, kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
- **Brian J Jackiw**     bjackiw@freeborn.com, bkdocketing@freeborn.com
- **Lindsay James**     ljames@smv-law.com, jsiciliano@smv-law.com
- **Christopher Johnson**     cgschifflaw@gmail.com
- **Patrick M. Jones**     pmj@greensfelder.com, je@greensfelder.com
- **Michael Joyce**     mjoyce@crosslaw.com, smacdonald@crosslaw.com
- **James W Kienzle**     jkienzle@wwmlawyers.com
- **Michael B Kind**     mkind@edwardswildman.com

- **Carl N Kunz III**   ckunz@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- **Caroline Kwak**   ckwak@cohonraizes.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Thomas S. Leo**   sleo@leoweber.com, mwargo@leoweber.com
- **Marc S Lipinski**   mlipinski@dlhlawoffices.com
- **John A Lipinsky**   jlipinsky@comananderson.com, khaskell@comananderson.com;tmaurer@comananderson.com
- **Frank Marco**   fmarco@gregoriolaw.com, sbain@gregoriolaw.com
- **Joseph Marconi**   marconij@jbltd.com, konczalc@jbltd.com
- **Matthew G Martinez**   matthew.martinez@sidley.com, efilingnotice@sidley.com
- **Adrian E Mazar**   mazaresq@sbcglobal.net, mazaresq@sbcglobal.net
- **Mark Melickian**   mmelickian@SugarFGH.com, ahammer@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocket@sugarfgh.com
- **Alexander M Memmen**   amm@memmenlaw.com
- **Jenna L Miara**   mweiner@hsplegal.com
- **Jeffrey M Monberg**   jmonberg@kdlegal.com, jfik@kdlegal.com
- **Michael C. Moody**   mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- **James E. Morgan**   jem@h2law.com, smckinney@howardandhoward.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Kevin H Morse**   khmorse@arnstein.com
- **Brendan J. Nelligan**   bnelligan@pretzel-stouffer.com, tcook@pretzel-stouffer.com
- **David A. Newby**   dnewby@comananderson.com, tmaurer@comananderson.com
- **Michelle G Novick**   mgnovick@arnstein.com, lcsolomon@arnstein.com
- **Sven T Nylen**   sven.nylen@klgates.com, teresa.gomez@klgates.com
- **James O'Connell-Miller**   leighton.oconnellmiller@bryancave.com
- **Lindsey Olson**   lindsey@theolsonfirm.com
- **Joel R Page**   jpage@rmp-llc.com
- **Lars A Peterson**   lapeterson@foley.com, khall@foley.com
- **Douglas Petrovic**   dpetrovic@ridgeassoc.com, dougpetrovic@yahoo.com
- **Eric S Playter**   eplayter@dunndavison.com
- **Gabriel Reilly-Bates**   gbates@taftlaw.com, sfdocket@taftlaw.com
- **John M. Riccione**   jriccione@agdglaw.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Cornelius F Riordan**   criordan@rmp-llc.com, egrubb@rmp-llc.com
- **Rebecca M Rothmann**   rebecca.rothmann@wilsonelser.com
- **Brianna M Sansone**   bsansone@agdglaw.com, wserritella@agdglaw.com;molson@agdglaw.com
- **Scott A Semenek**   scott.semenek@faegrebd.com, droberg@faegrebd.com
- **Brian L Shaw**   bshaw100@shawfishman.com, bharrington@shawfishman.com
- **James B. Sowka**   jsowka@seyfarth.com, chidocket@seyfarth.com;ctholen@seyfarth.com
- **David J Stein**   dstein@pretzel-stouffer.com
- **Joseph M Tiller**   jtiller@jonesday.com
- **David J Valdini**   dvaldini@valdinilaw.com, jkendrick@valdinilaw.com
- **Eric L Walberg**   ewalberg@walberglaw.com

- **Kathy Wantuch**    kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Kathy Wantuch**    kwantuch@hiltzlaw.com, jhiltz@hiltzlaw.com;bzanzig@hwzlaw.com
- **Michael I. White**    mwhit1967@aol.com
- **Jeff A Whitehead**    jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
- **Thomas C. Wolford**    twolford@ngelaw.com, ecfdocket@ngelaw.com;mmirkovic@ngelaw.com
- **Stefanie Wowchuk McDonald**    stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

10161510.4

***Via First Class Mail***

IUPAT Pension Fund
c/o Dawn M. Costa
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
*(Counsel for International Painters and Allied Trades Industry Pension Fund)*

Oldcastle Building Envelope
c/o Mollie L. Hines
2745 Dallas Parkway, Suite 560
Plano, TX 70593

Tennessee Dept. of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760
*(Counsel for Round Rock ISD)*

Kristian W. Gluck
Gregory M Wilkes
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
*(Counsel for White Construction Company)*

M. Vance McCrary
Mary E. Olsen
The Gardner Firm, P.C.
210 S. Washington Avenue
Mobile, AL 36602

Viracon, Inc.
c/o Amy J. Swedberg
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*(Counsel for Viracon, Inc.)*

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Michael W. Deeds
Edward Lopez, Jr.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel for Dallas County and Kaufman County)*

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038
*(Counsel for Katherine McNeel)*

Michael G. Milstein
Michael C. Bullock
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
*(Counsel for LTS Drafting & Engineering)*

Patrick J Schurr
Scheef & Stone, L.L.P.
2601 Network Boulevard
Frisco, TX 75034
*(Counsel for BAV, Inc.)*

10178059

Jay H Ong
Munsch Hardt Kopf & Harr, P.C.
401 Congress Avenue, Suite 3050
Austin, TX 78701
*(Counsel for Flintco, Inc.)*

International Painters and Allied
Trade Industry Pension Fund
c/o Gary Meyers
7234 Parkway Drive
Hanover, MD 21076

Marie-Josee Dube
IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
CANADA

Bill Schuette
Attorney General for the State of Michigan
G. Mennen Williams Building, 7th Floor
525 Ottawa St.
Lansing, MI 48909
*(Counsel for Unemployment Insurance Agency)*

State of Michigan
Dept. of Licensing & Regulatory Affairs
P.O. Box 30004
Lansing, MI 48909

State of Michigan
Department of Treasury
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909

Robert D. Wolford
Miller Johnson
Calder Plaza Building
250 Monroe Avenue NW Suite 800
Grand Rapids, Michigan 49503-2250

Knowles Door Check Co., Inc.
c/o Brenda Greathouse
811 Mill Street
Wichita Falls, TX 76301

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel for Carrollton-Farmers Branch Independent School District)*

William A. Frazell
Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701
*(Counsel for The Texas Comptroller of Public Accounts and Texas Workforce Commission)*

Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606
*(Counsel to Austin Building Company and Austin Commercial L.P.)*

Nancy L. Hirsch
Reibman, Hoffman, Baum, Hirsch & O'Toole
20 N. Clark Street, Suite 1700
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Lee E. Woodard
333 West Washington Street, Suite 200
Syracuse, NY 13202

10178059

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TRAINOR GLASS COMPANY, | ) | Case No. 12 B 09458 |
| d/b/a Trainor Modular Walls, | ) | |
| Trainor Solar, and Trainor Florida, | ) | Hon. Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date:  April 17, 2014 |
| | ) | Time:  11:00 a.m. |

**MOTION TO MODIFY ORDER ALLOWING ARNSTEIN & LEHR LLP
FINAL COMPENSATION AND REIMBURSEMENT FOR EXPENSES**

Arnstein & Lehr LLP ("<u>A&L</u>"), pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, hereby requests the entry of an order modifying the Order Allowing Arnstein & Lehr LLP Final Compensation and Reimbursement for Expenses (the "<u>A&L Final Fee Order</u>"), entered by this Court on March 5, 2014, and in support thereof states as follows:

1. On February 7, 2014, A&L filed the Seventh and Final Application of Arnstein & Lehr LLP for Compensation and Reimbursement for Expenses.

2. On March 14, 2014, after notice and a hearing, this Court entered the A&L Final Fee Order.  A copy of the A&L Final Fee Order is attached hereto as Exhibit A.

3. The Order provides, in decretal paragraph (D), that: "A&L is allowed, on a final basis, compensation in the amount of $1,274,719.00 for legal services rendered and reimbursement in the amount of $19,420.63 for expenses incurred during the period March 9, 2012 through January 8, 2014 and for the preparation and presentation of the final fee applications for the Debtor's professionals."

4. The Order further provides, in decretal paragraph (C), that: "The Liquidating Trustee is authorized to pay to A&L the amounts of $97,467.50 as compensation and $457.64 as reimbursement for expenses, upon payment of the First Midwest Diminution Claim."

1

5. It has come to the attention of A&L that, in calculating the amount of the unpaid compensation, it inadvertently failed to account for a $19,000 retainer that had been applied.

6. Accordingly, the remaining amount of allowed compensation to be paid to A&L by the Liquidating Trustee should be $78,467.50 (not $97,467.50).

7. Accordingly, A&L requests that the A&L Final Fee Order be modified to make this correction.

8. The foregoing modification does not affect the amount allowed by this Court as final compensation.

WHEREFORE, Arnstein & Lehr LLP requests that this Court enter an order modifying decretal paragraph (C) of the A&L Final Fee Order by substituting $78,467.50 for $97,467.50 as the amount which the Liquidating Trustee is authorized to pay to A&L as compensation upon payment of the First Midwest Diminution Claim.

ARNSTEIN & LEHR LLP

By: /s/ David A. Golin
One of Its Attorneys

Michael L. Gesas  (06186924)
David A. Golin    (06180517)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Tel: (312) 876-7100
Fax: (312) 876-0288

11627383.1

2