# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TRAINOR GLASS COMPANY, | Case No. 12 B 09458 |
| Debtor. | Hon. Carol A. Doyle |
| | Hearing: September 27, 2017 at 10:30 a.m. |

### NOTICE OF LIQUIDATING TRUSTEE'S FINAL REPORT AND
### MOTION FOR ENTRY OF A FINAL DECREE

To: See accompanying Certificate of Service list

*Please take notice* that on September 27, 2017, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and will present the *Liquidating Trustee's Final Report and Motion for Entry of a Final Decree*, a copy of which may be obtained by contacting the attorneys listed below. At the hearing you may appear and be heard.

Copies of the Motion can be found on the docket for this case by accessing the Court's website at https://ecf.ilnb.uscourts.gov. Registration is required and the Court charges a fee to view and download documents. Copies can also be obtained by contacting the attorneys listed below.

### Objections

**If you disagree with the relief requested in the Motion, you must file a response and serve it so that it is actually received by no later than 4:00 p.m. (Prevailing Central Time) on September 23, 2017.** Your objection, if any, to the Motion must (a) be in writing, (b) conform to the Bankruptcy Rules and the Local Rules, (c) be filed with the Bankruptcy Court, and (d) be served upon counsel to the Liquidating Trustee, Sugar Felsenthal Grais & Hammer LLP, 30 N. LaSalle St., Ste. 3000, Chicago, Illinois 60602 (Attn: Aaron L. Hammer and Mark S. Melickian) **so as to be received by no later than 4:00 p.m. (Prevailing Central Time) on September 23, 2017.**

## Notice

Notice of the Motion has been given to (a) the Office of the U.S. Trustee for the Northern District of Illinois; (b) all creditors; and (c) those parties that have requested notice in this Case pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Liquidating Trustee submits that no further notice is necessary or required.

*Phillip Van Winkle, as Liquidating Trustee of the Trainor Glass Company Liquidating Trust*

By: /s/ Aaron L. Hammer
      One of Its Attorneys

Aaron L. Hammer, Esq. (6243069)
Mark S. Melickian, Esq. (6229843)
Michael A. Brandess, Esq. (6299158)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:   312.704.9400
Facsimile:    312.372.7951