UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-09458 |
| TRAINOR GLASS COMPANY, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Final Decree**

      Upon consideration of the Motion (the "Motion") of Phillip Van Winkle, not individually, but solely as Liquidating Trustee of the Trainor Glass Company Liquidating Trust, for an order granting a final decree and closing these chapter 11 cases pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022; and the Court having reviewed the Motion and considered any arguments made in support or opposition to the Motion; and the Court having determined the Liquidating Trustee has fulfilled his obligations under the Plan confirmed in these cases and therefore that the relief requested in the Motion is in the best interests of the estates and its parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record made herein; and after due deliberation; and good and sufficient cause for approval of the requested relief appearing therefore;

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

  1. The Motion is GRANTED.

  2. The Wind-Down Reserve is approved.

  3. The reversion of undelivered and undeliverable distributions to the Liquidating Trust and reallocation of such funds among remaining beneficiaries as provided under the Plan is authorized and approved.

  4. Following the final distribution to creditors as contemplated in the Wind-Down Reserve, the Liquidating Trustee is deemed to have fulfilled his obligations under the Plan and is released from his duties and obligations as Liquidating Trustee under the Plan.

  5. Adequate notice of the relief sought in the Motion has been given and no further notice is required.

  6. The bankruptcy case of Trainor Glass Company, case number 12 B 09458, is hereby closed.

  7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Enter:

*[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 27, 2017

**Prepared by:**

Aaron L. Hammer, Esq. (6243069)
Mark S. Melickian, Esq. (6229843)
Michael A. Brandess, Esq. (6299158)
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: 312.704.9400
Facsimile: 312.372.7951

Counsel to Liquidating Trustee